AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

DELBERT E. ROLLISON,

Plaintiff,

v.

NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-159

TO: (Name and address of Defendant)

Benchmark Builders, Inc.
c/o Steven W. Bomberger
818 First State Boulevard
Wilmington, DE 19804

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOROSHOW, PASQUALE, KRAWITZ & BHAYA
ARTHUR M. KRAWITZ, ESQUIRE
MATTHEW R. FOGG, ESQUIRE
1202 Kirkwood Highway
Wilmington, DE 19805

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE: 3-13-06

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> || DATE<br>3/15/06 at 1:34pm |
| NAME OF SERVER *(PRINT)*<br>Richard Torpey || TITLE<br>Process Server |
| *Check one box below to indicate appropriate method of service* |||

☐ Served personally upon the defendant   Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Service upon Benchmark Builders, Inc. was effectuated by personally serving Mary Smith, business agent duly authorized to accept service. Service was effectuated at 818 First State Boulevard, Wilmington, DE 19804.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/15/06    *Richard Torpey*
                Date       Signature of Server

2000 Pennsylvania Avenue, Suite 207
Address of Server
Wilmington, Delaware 19806

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.