AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

DELBERT E. ROLLISON,

    Plaintiff,

v. NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-159

TO: (Name and address of Defendant)

HOUGHTONS AMUSEMENT PARK, LLC
Corporate Agents, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DOROSHOW, PASQUALE, KRAWITZ & BHAYA
ARTHUR M. KRAWITZ, ESQUIRE
MATTHEW R. FOGG, ESQUIRE
1202 Kirkwood Highway
Wilmington, DE 19805

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

3-13-06

CLERK                                DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/15/06 at 3:45pm |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service upon Houghtons Amusement Park, LLC was effectuated by personally serving Hary Drummond, business agent duly authorized to accept service. Service was effectuated at 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/06
            Date        Signature of Server

2000 Pennsylvania Avenue, Suite 207
Address of Server
Wilmington, Delaware 19806

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.