UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
| Plaintiff, | ) C.A. NO. 06-159 |
| | ) |
| v. | ) |
| | ) |
| NEAL SHOEMAKER, BLUE DIAMOND LLC, HOUGHTONS AMUSEMENT PARK LLC, JACK BRADY individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS INC., and PARKWAY GRAVEL, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Colin M. Shalk, Esquire, Casarino, Christman & Shalk, as counsel for the defendant Benchmark Builders Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available, and to answer, object or otherwise plead.

/s/ Colin M. Shalk, Esquire
COLIN M. SHALK, ESQUIRE
DE Bar ID #99
CASARINO, CHRISTMAN & SHALK
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Benchmark

DATED: March 27, 2006

## CERTIFICATE OF SERVICE

I, COLIN M. SHALK, hereby certify that I have caused to be delivered on this 27th day of March, 2006, true and correct copies of the attached document, addressed to:

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

CASARINO, CHRISTMAN & SHALK P.A.

/s/ Colin M. Shalk, Esquire
COLIN M. SHALK, ESQUIRE
DE Bar ID #99
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500