IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | : C.A. No.: 06-159 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NEAL SHOEMAKER, an individual, BLUE | : JURY OF SIX DEMANDED |
| DIAMOND, LLC, a Delaware corporation, | : |
| HOUGHTONS AMUSEMENT PARK, | : |
| LLC, a Delaware corporation, JACK | : |
| BRADY, individually and d/b/a KSR | : |
| MOTOR SPORTS, BENCHMARK | : |
| BUILDERS, INC., a Delaware corporation, | : |
| and PARKWAY GRAVEL, a Delaware | : |
| corporation, | : |
| | : |
| Defendants. | |

## NOTICE OF SERVICE OF PROCESS AND COMPLAINT

Plaintiff, by and through his attorneys, hereby files with this Court, in accordance with 10 Del. C. §3112, proof of receipt of notice by the defendant, Neal Shoemaker. Attached hereto as Exhibit "A" is the mailed transmission from the United States Postal Service evidencing receipt of the registered letter along with the actual receipt of mailing. The Affidavit of Matthew R. Fogg, Esquire, evidencing transmittal of said registered article is attached hereto as Exhibit "B". A copy of the actual notice sent to defendant, Neal Shoemaker, is attached hereto as Exhibit "C".

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ
ID# 2440
MATTHEW R. FOGG
ID# 4254
1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 3/29/06

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington Delaware 19805
302-998-0100

Case 1:06-cv-00159-SLR  Document 10  Filed 03/29/2006  Page 2 of 7

**Registered No.** KH 187 490 532 US

**Reg Fee** 7.90

**Handling Charge**

**Postage** 1.11

**Return Receipt** 1.85

**Restricted Delivery**

**Received by** S

**Customer Must Declare Full Value $** — Without Postal Insurance ☒

Date Stamp: MAR 20 2006 USPS

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited (See Reverse).

OFFICIAL USE

**FROM:** Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

**TO:** Neal Shoemaker
1215 N. Mink Rd.
Danielsville, PA 18038

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Neal Shoemaker
1215 North Mink Rd.
Danielsville, PA 18038

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Neal Shoemaker
C. Date of Delivery: 3/23/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type:
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): KA 187 490 532 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | : | |
| | : | C.A. No.: 06-159 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEAL SHOEMAKER, an individual, BLUE | : | JURY OF SIX DEMANDED |
| DIAMOND, LLC, a Delaware corporation, | : | |
| HOUGHTONS AMUSEMENT PARK, | : | |
| LLC, a Delaware corporation, JACK | : | |
| BRADY, individually and d/b/a KSR | : | |
| MOTOR SPORTS, BENCHMARK | : | |
| BUILDERS, INC., a Delaware corporation, | : | |
| and PARKWAY GRAVEL, a Delaware | : | |
| corporation, | : | |
| | : | |
| Defendants. | | |

STATE OF DELAWARE    :
                     : SS
COUNTY OF NEW CASTLE :

MATTHEW R. FOGG, ESQUIRE, being duly sworn according to law, deposes and says:

1. That Doroshow, Pasquale, Krawitz, & Bhaya represents the plaintiff in Civil Action No. 06-159 in which Neal Shoemaker is a defendant.

2. The notice required pursuant to 10 Del. C. §3104 was mailed, by registered mail, postage prepaid, return receipt requested, on March 20, 2006. The post office receipt obtained at the time of mailing the registered letter containing the notice is the receipt attached to this Affidavit.

3. The notice provided for in 10 Del. C. §3104 was contained in the envelope at the time it was mailed.

4. The return receipt signed by Neal Shoemaker was returned to the sender on March 23, 2006 and received on March 25, 2006.

_____
MATTHEW R. FOGG

SWORN TO AND SUBSCRIBED before me this 29th day of March, 2006.

_____
Notary Public

CAROLYN VITSOREK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 3, 2008

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-798-0100

Case 1:06-cv-00159-SLR    Document 10    Filed 03/29/2006    Page 6 of 7

March 20, 2006

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE  19805

Neal Shoemaker
1215 N. Mink Road
Danielsville, Pennsylvania 18038

**REGISTERED LETTER**
**RETURN RECEIPT REQUESTED**

RE: Notice of Service of Process
Pursuant to 10 Del. C. §3104
*Delbert E. Rollison v. Neal Shoemaker, et. al.*
C.A. No.: 06-159

Dear Mr. Shoemaker:

This letter is to advise you that I represent Delbert Rollison who has filed suit against you in the United States District Court for the District of Delaware with regard to an accident occurring on July 3, 2004. Enclosed you will find a copy of the Complaint filed with the United States District Court for the District of Delaware and a copy of the Summons, the original which was served upon the Secretary of State of the State of Delaware. Pursuant to 10 Del. C. §3104, the Secretary of State has been appointed your agent for the acceptance of legal process in any civil action against you as a non-resident wherein you caused tortious injuries within the State of Delaware. Under the provisions of 10 Del. C. §3104, such service shall be the same legal force and validity as if served upon any non-resident personally within the State and such appointment of Secretary of State is irrevocable and binding upon you or your heirs.

If this Complaint is not answered within twenty (20) days after receipt, a Default Judgment will be held against you in the United States District Court for the District of Delaware. I advise you to immediately take this letter, with the enclosures, to an attorney or your insurance company.

Very Truly Yours,

MATTHEW R. FOGG, ESQ.

Enclosures
cc:  *Delbert Rollison*