IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON | : | Case No.: 06CV00159 (SLR) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BLUE DIAMOND LLC, a Delaware | : | |
| Corporation, HOUGHTON'S AMUSEMENT | : | |
| PARK LLC, a Delaware Corporation, | : | |
| JACK BRADY, individually and d/b/a | : | |
| KSR MOTOR SPORTS, BENCHMARK | : | |
| BUILDERS, INC., a Delaware | : | |
| Corporation, PARKWAY GRAVEL, | : | |
| a Delaware Corporation and NEAL | : | |
| SHOEMAKER, | : | |
| | : | TRIAL BY JURY OF TWELVE |
| Defendants. | : | DEMANDED |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of SHERRY RUGGIERO FALLON as attorney for defendant, Neal Shoemaker, only.  The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon this Defendant.  This Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available.

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON #2464
750 S. Madison St., Suite 400
P. O. Box 2092
Wilmington, DE  19899
(302) 658-6901
Attorneys for Defendant,
Neal Shoemaker

DATED: 4/18/06

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be served by First Class Postage Pre-paid U.S. Mail, on this 18th day of April, 2006, two (2) true and correct copies of the attached document addressed to:

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Blue Diamond LLC and
Parkway Gravel

Colin M. Shalk #99
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorneys for Benchmark Builders, Inc.

TYBOUT, REDFEARN & PELL

SHERRY RUGGIERO FALLON
(ID# 2464)
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE  19899-2092
(302)658-6901
Attorneys for Defendant