IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> NEAL SHOEMAKER, an individual,) <br> BLUE DIAMOND, LLC, a Delaware ) <br> corporation, HOUGHTONS ) <br> AMUSEMENT PARK, LLC, a ) <br> Delaware corporation JACK ) <br> BRADY, individually and d/b/a ) <br> KSR MOTOR SPORTS, BENCHMARK ) <br> BUILDERS, INC. a Delaware ) <br> corporation, and PARKWAY ) <br> GRAVEL, a Delaware ) <br> corporation, ) <br> ) <br>     Defendants. ) | C.A. No. 06-159 |

**ANSWER OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL TO CROSS-CLAIMS OF DEFENDANT NEAL SHOEMAKER**

    63.  Denied.

    64.  Denied.

    **WHEREFORE**, defendants Blue Diamond, LLC and Parkway Gravel request that the Cross-Claims be dismissed.

                                  **AKIN & HERRON, P.A.**

                                  /s/ Bruce C. Herron
                                  Bruce C. Herron
                                  Attorney I.D. No. 2315
                                  1220 N. Market Street, Suite 300
                                  P.O. Box 25047
                                  Wilmington, DE 19899
                                  (302) 427-6987
                                  Attorney for Defendants
                                  Blue Diamond, LLC &
                                  Parkway Gravel, Inc.

Dated: April 20, 2006
H:\tmw5\data\files\Docs\3651.041\ANSW\4160.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-159 |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 20th day of April, 2006, a copy of **ANSWER OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL TO CROSS-CLAIMS OF DEFENDANT NEAL SHOEMAKER** were electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

                                    **AKIN & HERRON, P.A.**

                                    /s/ Bruce C. Herron
                                    Bruce C. Herron
                                    Attorney I.D. No. 2315
                                    1220 N. Market Street, Suite 300
                                    P.O. Box 25047
                                    Wilmington, DE 19899
                                    (302) 427-6987
                                    Attorney for Defendants
                                    Blue Diamond, LLC &
                                    Parkway Gravel, Inc.

H:\tmw5\data\files\Docs\3651.041\NOS\4161.WPD