IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON | Case No. 06-CV00159 (SLR) |
| Plaintiff, | |
| v. | |
| BLUE DIAMOND LLC, a Delaware Corporation, HOUGHTON'S AMUSEMENT PARK LLC, a Delaware Corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware Corporation, PARKWAY GRAVEL, a Delaware Corporation and NEAL SHOEMAKER, | |
| | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | |

### AFFIDAVIT OF NON-AGENCY OF NEAL SHOEMAKER

STATE OF           )
                   ) SS.
COUNTY OF          )

Neal Shoemaker, being duly sworn according to law, deposes and says:

1. I am the owner of the vehicle described in the Complaint, a resident of the State of Pennsylvania, and a defendant in the above-captioned case.

2. The driver of the vehicle alleged in the complaint, was not my agent, servant or employee at the time of the accident or at any time relevant to the allegations in the complaint.

_____
NEAL SHOEMAKER

SWORN TO AND SUBSCRIBED before me, a Notary Public, this _24_ day of _APRIL_, 2006.

_____*JoAnn L Billings*_____
NOTARY PUBLIC

NOTARIAL SEAL
JoANN L. BILLINGS, Notary Public
Borough of Bath, Northhampton County, Pa.
My Commission Expires July 11, 2006