IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> NEAL SHOEMAKER, an individual, BLUE : <br> DIAMOND, LLC, a Delaware corporation, : <br> HOUGHTONS AMUSEMENT PARK, : <br> LLC, a Delaware corporation, JACK : <br> BRADY, individually and d/b/a KSR : <br> MOTOR SPORTS, BENCHMARK : <br> BUILDERS, INC., a Delaware corporation, : <br> and PARKWAY GRAVEL, a Delaware : <br> corporation, : <br> : <br> Defendants. : | C.A. No.: <br><br><br><br><br> **JURY OF SIX DEMANDED** |

## NOTICE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that on the __3rd__ day of __MAY____, 2006, two copies of Plaintiffs' Response Pursuant to Federal Rule of Civil Procedure 26(a)(1) were hand-delivered to the following attorney of record at the address indicated:

Sherry Fallon, Esq.
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
Wilmington, DE 19801

Colin M. Shalk, Esq.
CASARINO, CHRISTMAN & SHALK
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Bruce Herron, Esq.
AKIN & HERRON, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899