IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELBERT E. ROLLISON,** | ) | C.A. No.: 06-CV00159 SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NEAL SHOEMAKER, an individual;** | ) | |
| **DIAMOND, LLC, a Delaware** | ) | |
| **corporation; HOUGHTONS AMUSEMENT** | ) | |
| **PARK, LLC, a Delaware corporation;** | ) | |
| **JACK BRADY, individually and** | ) | **TRIAL BY JURY OF** |
| **d/b/a KSR MOTOR SPORTS;** | ) | **TWELVE DEMANDED** |
| **BENCHMARK BUILDERS, INC.,** | ) | |
| **a Delaware corporation;** | ) | |
| **and PARKWAY GRAVEL,** | ) | |
| **a Delaware corporation,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT NEAL SHOEMAKER'S ANSWER TO THE CROSSCLAIMS OF
DEFENDANTS, BLUE DIAMOND, LLC AND PARKWAY GRAVEL**

57.   Denied.

58.   Denied.

WHEREFORE, Defendant Neal Shoemaker requests that the crossclaims of Defendants Blue Diamond, LLC and Parkway Gravel against him be dismissed, together with costs assessed against Defendants Blue Diamond, LLC and Parkway Gravel.

TYBOUT, REDFEARN & PELL

/s/ Sherry Ruggiero Fallon
SHERRY RUGGIERO FALLON #2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302)658-6901
Attorney for Defendant, Neal Shoemaker

Dated: 5/5/06

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be served by postage pre-paid First Class U.S. Mail on this 5th day of May, 2006, true and correct copies of the attached document addressed to:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Bruce C. Herron, Esquire
Akin & Herron, P.A.
1220 North Market Street #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Defendant,
Blue Diamond, LLC and
Parkway Gravel

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street #200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant,
Benchmark Builders, Inc.

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON
Bar ID # 2464
750 South Madison Street #400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Answering Defendant,
Neal Shoemarker

601.115