IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, : | |
|     Plaintiff, : | C.A. No.: 06-159 SLR |
| : | |
| v. : | |
| : | |
| NEAL SHOEMAKER, an individual, : | JURY OF SIX DEMANDED |
| BLUE DIAMOND, LLC, a Delaware : | |
| corporation, HOUGHTONS AMUSEMENT : | |
| PARK, LLC, a Delaware corporation, : | |
| JACK BRADY, individually and d/b/a KSR : | |
| MOTOR SPORTS, BENCHMARK : | |
| BUILDERS, INC., a Delaware corporation, : | |
| and PARKWAY GRAVEL, a Delaware : | |
| corporation, : | |
| : | |
|     Defendants. : | |

## MOTION FOR DEFAULT JUDGMENT

PURSUANT TO the Federal Rules of Civil Procedure Rule 55, Plaintiff, Delbert Rollison, hereby moves this Court to enter a Default Judgment in his favor and against the Defendants, Jack Brady, individually and d/b/a KSR Motorsports, and Houghtons Amusement Park, LLC, on the basis of the following facts:

    1.    On March 9, 2006, the Plaintiff filed Civil Action No. 06-159 SLR against the Defendants.

    2.    Service of process was perfected upon the defendant, Jack Brady, individually and d/b/a KSR Motorsports on March 15, 2006.

    3.    Service of process was perfected upon the defendant, Houghtons Amusement Park, LLC on March 15, 2006.

    4.    To date, no answer has been filed by the Defendant, Jack Brady, individually and d/b/a KSR Motorsports.

5.  To date, no answer has been filed by the Defendant, Houghtons Amusement Park, LLC.

6.  More than twenty (20) days have elapsed since service of this Complaint.

7.  Plaintiff requests an inquisition hearing to determine the amount of damages against defendants, Jack Brady, individually and d/b/a KSR Motorsports, and Houghtons Amusement Park, LLC.

WHEREFORE, the Plaintiff prays that this honorable Court enter judgment by default against the Defendants, Jack Brady, individually and d/b/a KSR Motorsports, and Houghtons Amusement Park, LLC, and in favor of the Plaintiff.

Respectfully submitted,

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. NO.: 2440)
MATTHEW R. FOGG (I.D. NO.: 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff
ArthurKrawitz@dplaw.com
MattFogg@dplaw.com

5-8-06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON,<br><br>　　　Plaintiff,<br><br>v.<br><br>NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation,<br><br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 06-159 SLR<br><br><br><br><br>**JURY OF SIX DEMANDED** |

## ORDER

AND NOW, this _____ day of _____, 2006, the Court having heard and considered the Plaintiff's Motion For Default Judgment, it is hereby ORDERED that Plaintiff's Motion For Default Judgment against the defendants, Jack Brady, individually and d/b/a KSR Motorsports, and Houghtons Amusement Park, LLC is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, : | |
| : | C.A. No.: 06-159 SLR |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| NEAL SHOEMAKER, an individual, : | **JURY OF SIX DEMANDED** |
| BLUE DIAMOND, LLC, a Delaware : | |
| corporation, HOUGHTONS AMUSEMENT : | |
| PARK, LLC, a Delaware corporation, : | |
| JACK BRADY, individually and d/b/a KSR : | |
| MOTOR SPORTS, BENCHMARK : | |
| BUILDERS, INC., a Delaware corporation, : | |
| and PARKWAY GRAVEL, a Delaware : | |
| corporation, : | |
| : | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 8th day of May, 2006 mailed two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Motion for Default Judgment

**PERSON(S):**

Bruce Herron (2315)
AKIN & HERRON, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
Attorney for Defendants,
Blue Diamond, LLC and
Parkway Gravel

Sherry Fallon, Esq.
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
Wilmington, DE 19801
Attorney for Defendant,
Neal Shoemaker

Colin M. Shalk (99)
CASARINO, CHRISTMAN & SHALK
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant,
Benchmark Builders, Inc.

Houghtons Amusement Park, LLC
c/o Corporate Agents, Inc.
2711 Centreville Road, Suite 400
Wilmington, DE 19808

Jack Brady/ KSR Motorsports
P.O. Box 1701
Paoli, Pennsylvania 19301

                                DOROSHOW, PASQUALE,
                                  KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG
      ARTHUR M. KRAWITZ (I.D. NO.: 2440)
      MATTHEW R. FOGG (I.D. NO.: 4254)
      1202 Kirkwood Highway
      Wilmington, DE   19805
      (302) 998-0100
      Attorneys for Plaintiff
      ArthurKrawitz@dplaw.com
      MattFogg@dplaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON,<br><br>　Plaintiff,<br><br>v.<br><br>NEAL SHOEMAKER, an individual,<br>BLUE DIAMOND, LLC, a Delaware<br>corporation, HOUGHTONS AMUSEMENT<br>PARK, LLC, a Delaware corporation,<br>JACK BRADY, individually and d/b/a KSR<br>MOTOR SPORTS, BENCHMARK<br>BUILDERS, INC., a Delaware corporation,<br>and PARKWAY GRAVEL, a Delaware<br>corporation,<br><br>　Defendants. | :<br>:<br>:  C.A. No.: 06-159 SLR<br>:<br>:<br>:<br>:  **JURY OF SIX DEMANDED**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF MATTHEW R. FOGG

MATTHEW R. FOGG, having been duly sworn according to law does depose and say:

1. He is the attorney for the Law Firm of Doroshow, Pasquale, Krawitz & Bhaya, which represents the plaintiff, Delbert Rollison, in the above captioned matter.

2. Upon information and belief, the defendant, Jack Brady, is not an infant, incompetent nor is he in the military service of the United States of America.

_____
MATTHEW R. FOGG

SWORN TO AND SUBSCRIBED BEFORE ME, this 8th day of May, A.D., 2006.

_____
Notary Public

MICHELLE L. LASKEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 12, 2008