IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 06-158 |
| | ) |
| NEAL SHOEMAKER, an individual, | ) |
| BLUE DIAMOND, LLC, a Delaware | ) |
| corporation, HOUGHTONS | ) |
| AMUSEMENT PARK, LLC, a | ) |
| Delaware corporation JACK | ) |
| BRADY, individually and d/b/a | ) |
| KSR MOTOR SPORTS, BENCHMARK | ) |
| BUILDERS, INC. a Delaware | ) |
| corporation, and PARKWAY | ) |
| GRAVEL, a Delaware | ) |
| corporation, | ) |
| | ) |
|     Defendants. | ) |

**ENTRY OF APPEARANCE**

TO:   United States District Court Clerk
       844 N. King Street
       Room 4209, Lock Box 18
       Wilmington, DE 19801

**PLEASE ENTER** the appearance of Roger A. Akin, Esquire as counsel for defendants Blue Diamond, LLC, and Parkway Gravel, Inc., in addition to the previously entered appearance of Bruce C. Herron, Esquire.

                                  **AKIN & HERRON, P.A.**

                                  /s/ Roger A. Akin
                                  Roger A. AKin
                                  Attorney I.D. No. 395
                                  1220 N. Market Street, Suite 300
                                  P.O. Box 25047
                                  Wilmington, DE 19899
                                  (302) 427-6989
                                  Attorney for Defendants
                                  Blue Diamond, LLC and
                                  Parkway Gravel, Inc.

Dated: May 12, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | C.A. No. 06-159 |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 12th day of May, 2006, a copy of **ROGER A. AKIN'S ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

                                        **AKIN & HERRON, P.A.**

                                        <u>/s/ Roger A. Akin</u>
                                        Roger A. AKin
                                        Attorney I.D. No. 395
                                        1220 N. Market Street, Suite 300
                                        P.O. Box 25047
                                        Wilmington, DE 19899
                                        (302) 427-6989
                                        Attorney for Defendants
                                        Blue Diamond, LLC and
                                        Parkway Gravel, Inc.

H:\tmw5\data\files\Docs\3651.041\EOA\4358.wpd