IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>NEAL SHOEMAKER, an individual,)<br>BLUE DIAMOND, LLC, a Delaware )<br>corporation, HOUGHTONS )<br>AMUSEMENT PARK, LLC, a )<br>Delaware corporation JACK )<br>BRADY, individually and d/b/a )<br>KSR MOTOR SPORTS, BENCHMARK )<br>BUILDERS, INC. a Delaware )<br>corporation, and PARKWAY )<br>GRAVEL, a Delaware )<br>corporation, )<br>)<br>    Defendants. ) | C.A. No. 06-159 |

**<u>RESPONSE OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL
TO CROSS-CLAIMS FOR CONTRIBUTION AND/OR INDEMNIFICATION
OF CO-DEFENDANT NEAL SHOEMAKER</u>**

63.    Denied. By way of further response, defendants Blue Diamond, LLC and Parkway Gravel deny negligence in all respect whatsoever.

64.    Denied. By way of further response, defendants Blue Diamond, LLC and Parkway Gravel deny negligence in all respect whatsoever.

**WHEREFORE**, defendants Blue Diamond, LLC and Parkway Gravel demand that the Cross-Claim for Contribution and/or Indemnification by defendant Neal Shoemaker be dismissed as to them with prejudice and with costs of defense assessed against defendant Neal Shoemaker.

                          **AKIN & HERRON, P.A.**

                          <u>/s/ Roger A. Akin</u>
                          Roger A. AKin
                          Attorney I.D. No. 395
                          1220 N. Market Street, Suite 300
                          P.O. Box 25047
                          Wilmington, DE 19899
                          (302) 427-6989
                          Attorney for Defendants
                          Blue Diamond, LLC and
                          Parkway Gravel, Inc.

Dated: May 12, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-159 |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 12<u>th</u> day of May, 2006, a copy of the **RESPONSE OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL TO CROSS-CLAIMS FOR CONTRIBUTION AND/OR INDEMNIFICATION OF CO-DEFENDANT NEAL SHOEMAKER** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

                              **AKIN & HERRON, P.A.**

                              /s/ Roger A. Akin
                              Roger A. AKin
                              Attorney I.D. No. 395
                              1220 N. Market Street, Suite 300
                              P.O. Box 25047
                              Wilmington, DE 19899
                              (302) 427-6989
                              Attorney for Defendants
                              Blue Diamond, LLC and
                              Parkway Gravel, Inc.

H:\tmw5\data\files\Docs\3651.041\RESP\4359.WPD