IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELBERT E. ROLLISON,** | ) | C.A. No.: 06-CV00159 SLR |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NEAL SHOEMAKER, an individual;** | ) | |
| **DIAMOND, LLC, a Delaware** | ) | |
| **corporation; HOUGHTONS AMUSEMENT** | ) | |
| **PARK, LLC, a Delaware corporation;** | ) | |
| **JACK BRADY, individually and** | ) | **TRIAL BY JURY OF** |
| **d/b/a KSR MOTOR SPORTS;** | ) | **TWELVE DEMANDED** |
| **BENCHMARK BUILDERS, INC.,** | ) | |
| **a Delaware corporation;** | ) | |
| **and PARKWAY GRAVEL,** | ) | |
| **a Delaware corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have had caused to be served by First Class Postage Pre-paid U.S. Mail, on the 12th day of May, 2006, two (2) true and correct copies of **Defendant Neal Shoemaker's Compliance With Disclosures Pursuant to Federal Rules of Civil Procedure 26(1)(a)**, addressed to:

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Blue Diamond LLC and
Parkway Gravel

Colin M. Shalk #99
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorneys for Benchmark Builders, Inc.

                                                          TYBOUT, REDFEARN & PELL

                                                          /s/ Sherry Ruggiero Fallon
                                                          SHERRY RUGGIERO FALLON
                                                          Bar ID # 2464
                                                          750 S. Madison Street, Suite 400
                                                          Wilmington, DE 19899-2092
                                                          (302) 658-6901
                                                          Attorneys for Defendant
                                                          Neal Shoemaker