IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DELBERT E. ROLLISON,            )
                                )
        Plaintiff,              )
                                )
        v.                      )       C.A. No. 06-159-SLR
                                )
NEAL SHOEMAKER, an individual,)
BLUE DIAMOND, LLC, a Delaware )
corporation, HOUGHTONS          )
AMUSEMENT PARK, LLC, a          )
Delaware corporation JACK       )
BRADY, individually and d/b/a )
KSR MOTOR SPORTS, BENCHMARK )
BUILDERS, INC. a Delaware       )
corporation, and PARKWAY        )
GRAVEL, a Delaware              )
corporation,                    )
                                )
        Defendants.             )

### DEFENDANTS' BLUE DIAMOND, LLC AND PARKWAY GRAVEL COMPLIANCE WITH REQUIRED DISCLOSURES PURSUANT TO F.R.C.P. 26 (a)(1)

The defendants Blue Diamond, LLC and Parkway Gravel ("Answering Defendants") by and through undersigned counsel, hereby provide Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The disclosures made herein are based on the answering defendants' present knowledge, information and belief. These disclosures are subject to amendment, in accordance with Rule 26(a)(1), as the answering defendants acquire, review and analyze additional information obtained from the other parties in the proceeding.

1

The identification herein of individuals likely to have discoverable information that the answering defendants may use to support their averments is not, and should not be interpreted, as a statement by the answering defendants that the identified individuals actually have relevant knowledge and information or will appear as witnesses at trial.

(1) The name, address and telephone number of each person with knowledge of the facts relating to the litigation:

**ANSWER**: Allen DeCarlo, 765 Hamburg Road, New Castle, DE 19720 (current employee of Blue Diamond, LLC.); Colleen Healey, (former employee of Blue Diamond, LLC) 1301 A Shallcross Avenue, Wilmington, DE 19806.

(2) A statement confirming that those documents in the party's possession, custody or control which are reasonably likely to bear significantly on the claims or defenses asserted, and that are not otherwise protected from discovery as privileged, or as trial preparation materials, or may be subject to protective order under Fed. R. Civ. P. 26 (c), are available for inspection and copying by the other parties.  In the statement, the party shall identify those documents being withheld.

**ANSWER**: Documents and things in the possession of counsel or the party that may be used to support the disclosing party's claims or defenses: None at this time.

(3) The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

**ANSWER**: None at this time.

2

(4) A brief description of any insurance coverage, including excess coverage, that is or may be applicable to the litigation including: (1) the name and address of all companies insuring the risk; (2) the policy number(s); (3) the type of insurance; and (4) the amounts of primary, secondary and excess coverage.

**ANSWER:** (1) Scottsdale Indemnity Company;

(2) Policy No. BCI0000221;

(3) Liability Insurance;

(4) $1 million.

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin

Attorney I.D. No. 395

1220 N. Market Street, Suite 300

P.O. Box 25047

Wilmington, DE 19899

(302) 427-6989

Attorneys for Defendants

Blue Diamond, LLC and

Parkway Gravel, Inc.

Dated: May 16, 2006

H:\tmw5\data\files\Docs\3651.041\ID\4387.WPD

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-159-SLR |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 16<u>th</u> day of May, 2006, a copy of **DEFENDANTS' BLUE DIAMOND, LLC AND PARKWAY GRAVEL COMPLIANCE WITH REQUIRED DISCLOSURES PURSUANT TO F.R.C.P. 26 (a)(1)** were electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin
Attorney I.D. No. 395
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorney for Defendants
Blue Diamond, LLC and
Parkway Gravel, Inc.

Dated: May 16, 2006

H:\tmw5\data\files\Docs\3651.041\NOS\4388.WPD