IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
|       Plaintiff, | :   C.A. No.: 06-159 SLR |
| v. | : |
| NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation, | :   **JURY OF SIX DEMANDED** |
|       Defendants. | : |

**PROPOSED SCHEDULING ORDER**

At Wilmington this _____ day of _____ 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by June 10, 2006 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects: The applicability of a waiver, control of the premises and events, negligence, causation, injuries.

(b) All discovery shall be commenced in time to be completed by October 20, 2006.

(c) Maximum of 75 interrogatories by each party to another party.

(d) Maximum of 30 requests for admission by each party to another party.

(e) Maximum of 10 depositions by plaintiff and 10 by defendants.

(f) Each deposition limited to a maximum of 7 hours unless extended by agreement or parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by August 21, 2006. Rebuttal expert reports due by October 20, 2006.

(h) **Discovery Disputes.** Any discovery disputes shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joiner of other Parties, Amendment of Pleadings, and Class Certification.** All motion to join other parties, amend the pleadings, and certify a class action shall be filed on or before August 21, 2006.

4. **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before October 25, 2006. Briefing shall be pursuant to D.

Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of court.

6.  **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7.  **Motions in Limine.** All motions in limine shall be filed on or before November 30, 2006. All responses to said motions shall be filed on or before December 7, 2006.

8.  **Pretrial Conference.** A pretrial conference will be held on _____ at _____ m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.  **Trial.** This matter is scheduled for a _____ day jury trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

)                                    _____
                                     United State District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
|     Plaintiff, | :    C.A. No.: 06-159 SLR |
| v. | : |
| NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation, | :    **JURY OF SIX DEMANDED** |
|     Defendants. | : |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __24th__ day of __MAY__, 2006 mailed two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

### DOCUMENT:

Proposed Scheduling Order

### PERSON(S):

Bruce Herron (2315)
AKIN & HERRON, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Colin M. Shalk (99)
CASARINO, CHRISTMAN & SHALK
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Sherry Fallon, Esq.
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
Wilmington, DE 19801

Houghtons Amusement Park, LLC
c/o Corporate Agents, Inc.
2711 Centreville Road, Suite 400
Wilmington, DE 19808

Jack Brady/ KSR Motorsports
P.O. Box 1701
Paoli, Pennsylvania 19301

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. NO.: 2440)
MATTHEW R. FOGG (I.D. NO.: 4254)
1202 Kirkwood Highway
Wilmington, DE   19805
(302) 998-0100
Attorneys for Plaintiff
ArthurKrawitz@dplaw.com
MattFogg@dplaw.com