IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-159-SLR |
| | ) |
| NEAL SHOEMAKER, BLUE DIAMOND, | ) |
| LLC, HOUGHTONS AMUSEMENT PARK | ) |
| LLC, JACK BRADY, individually | ) |
| and d/b/a KSR Motor Sports, | ) |
| BENCHMARK BUILDERS, INC., and | ) |
| PARKWAY GRAVEL, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Houghtons Amusement Park, LLC pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 5, 25)

Dated: May 24, 2006

_____
(By) Deputy Clerk