IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-159-SLR |
| | ) |
| NEAL SHOEMAKER, BLUE DIAMOND, | ) |
| LLC, HOUGHTONS AMUSEMENT PARK | ) |
| LLC, JACK BRADY, individually | ) |
| and d/b/a KSR Motor Sports, | ) |
| BENCHMARK BUILDERS, INC., and | ) |
| PARKWAY GRAVEL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 24th day of May, 2006, defendant Jack Brady having failed to file a formal response to the complaint by April 4, 2006 pursuant to Fed.R.Civ.P. 12(a)(1)(A);

IT IS ORDERED that, on or before **June 26, 2006**, defendant shall file his response to the complaint or shall show cause why default judgment should not be entered against him in the above captioned action for failure to defend. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN JUDGMENT BEING ENTERED AGAINST DEFENDANT.

                                                                  /s/ Sue L. Robinson
                                            United States District Judge