IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELBERT E. ROLLISON,** | ) | C.A. No.: 06-CV00159 SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NEAL SHOEMAKER**, an individual; | ) | |
| **DIAMOND, LLC**, a Delaware | ) | |
| corporation; **HOUGHTONS AMUSEMENT** | ) | |
| **PARK, LLC**, a Delaware corporation; | ) | |
| **JACK BRADY**, individually and | ) | **TRIAL BY JURY OF** |
| d/b/a **KSR MOTOR SPORTS;** | ) | **TWELVE DEMANDED** |
| **BENCHMARK BUILDERS, INC.,** | ) | |
| a Delaware corporation; | ) | |
| and **PARKWAY GRAVEL,** | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have had caused to be served by First Class Postage Pre-paid U.S. Mail, on the 7th day of June, 2006, two (2) true and correct copies of **Defendant Neal Shoemaker's First Set of Interrogatories Directed to the Plaintiffs and Defendant Neal Shoemaker's First Requests for Production of Documents Directed to the Plaintiff,** addressed to:

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Blue Diamond LLC and
Parkway Gravel

Colin M. Shalk #99
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorneys for Benchmark Builders, Inc.

TYBOUT, REDFEARN & PELL

SHERRY RUGGIERO FALLON
Bar ID #2464
750 S. Madison Street, Suite 400
(302) 658-6901
Attorneys for Defendant
Neal Shoemaker