IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | :    C.A. No.: 06-159 SLR |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :    <u>**JURY OF SIX DEMANDED**</u> |
| | : |
| NEAL SHOEMAKER, as parent and legal | : |
| guardian of TRAVIS SHOEMAKER, | : |
| NEAL SHOEMAKER, individually, | : |
| TRAVIS SHOEMAKER, individually, | : |
| BLUE DIAMOND, LLC, a Delaware | : |
| corporation, HOUGHTONS AMUSEMENT | : |
| PARK, LLC, a Delaware corporation, | : |
| JACK BRADY, individually and d/b/a KSR | : |
| MOTOR SPORTS, and PARKWAY | : |
| GRAVEL, a Delaware corporation, | |
|     Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __13th__ day of

___June____, 2006, mailed, two (2) true and correct copies of the following document(s)

addressed to the person(s) listed below:

<u>DOCUMENT</u>:

Plaintiff's Interrogatories Directed to Defendant, Blue Diamond, LLC
Plaintiff's Request for Production Directed to Defendant, Blue Diamond, LLC

<u>PERSON</u>:

| | |
|---|---|
| Bruce Herron | Sherry Ruggiero Fallon |
| Akin & Herron, P.A. | Tybout, Redfearn & Pell |
| 1220 North Market Street, Suite 300 | 750 S. Madison Street, Suite 400 |
| P.O. Box 25047 | P.O. Box 2092 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

Colin M. Shalk
Casarino, Christman & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899

DOROSHOW, PASQUALE,
 KRAWITZ & BHAYA

By:  /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No.: 4254)
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 6-13-2006