IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | : C.A. No.: 06-159 SLR |
| Plaintiff, | : |
| | : |
| v. | : **JURY OF SIX DEMANDED** |
| | : |
| NEAL SHOEMAKER, as parent and legal guardian of TRAVIS SHOEMAKER, NEAL SHOEMAKER, individually, TRAVIS SHOEMAKER, individually, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, and PARKWAY GRAVEL, a Delaware corporation, | : |
| Defendants. | |

### PLAINTIFF'S REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT, PARKWAY GRAVEL

The plaintiff requests that the defendant produce for examination and copying at the offices of Doroshow, Pasquale, Krawitz & Bhaya on or before thirty (30) days of receipt of this request:

1.   Copies of all photographs, sketches, or other diagrams taken by or prepared by you or your behalf, in your possession, or available to you concerning any aspect of the litigation.

**RESPONSE:**

2. Copies of all written or recorded statements, summaries or resumes of interviews taken by any person with respect to any issue in this litigation including but not limited to witnesses, defendants, experts and/or investigators.

**RESPONSE:**

3. Copies of all reports of investigation, findings of fact or results of inspection, observation of fact or circumstances, relating to any aspect of this litigation.

**RESPONSE:**

4. Copies of any and all writings upon which you intend to rely at trial.

**RESPONSE:**

5. Copies of any and all liability policies.

**RESPONSE:**

                          DOROSHOW, PASQUALE,
                           KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG
      ARTHUR M. KRAWITZ (I.D. No. 2440)
      MATTHEW R. FOGG (I.D. No. 4254)
      1202 Kirkwood Highway
      Wilmington, DE   19805
      (302) 998-0100
      Attorneys for Plaintiff

DATED: 6-13-2006