IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, : | |
| : | C.A. No.: 06-159 SLR |
| Plaintiff, : | |
| : | |
| v. : | **JURY OF SIX DEMANDED** |
| : | |
| NEAL SHOEMAKER, as parent and legal : | |
| guardian of TRAVIS SHOEMAKER, : | |
| NEAL SHOEMAKER, individually, : | |
| TRAVIS SHOEMAKER, individually, : | |
| BLUE DIAMOND, LLC, a Delaware : | |
| corporation, HOUGHTONS AMUSEMENT : | |
| PARK, LLC, a Delaware corporation, : | |
| JACK BRADY, individually and d/b/a KSR : | |
| MOTOR SPORTS, and PARKWAY : | |
| GRAVEL, a Delaware corporation, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __13th__ day of __June__, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Interrogatories Directed to Defendant, Neal Shoemaker
Plaintiff's Request for Production Directed to Defendant, Neal Shoemaker

PERSON:

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, Delaware 19899

Bruce Herron
Akin & Herron, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware 19899

Jack Brady  
P.O. Box 1701  
Paoli, Pennsylvania 19301

Colin M. Shalk  
Casarino, Christman & Shalk  
800 North King Street, Suite 200  
P.O. Box 1276  
Wilmington, Delaware 19899

DOROSHOW, PASQUALE,  
KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG  
ARTHUR M. KRAWITZ (I.D. No.: 2440)  
MATTHEW R. FOGG (I.D. No.: 4254)  
1202 Kirkwood Highway  
Wilmington, DE  19805  
(302) 998-0100  
Attorneys for Plaintiff

DATED: 6-13-2006