IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | : | |
| | : | C.A. No.: 06-159 SLR |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEAL SHOEMAKER, an individual, | : | **JURY OF SIX DEMANDED** |
| BLUE DIAMOND, LLC, a Delaware | : | |
| corporation, HOUGHTONS AMUSEMENT | : | |
| PARK, LLC, a Delaware corporation, | : | |
| JACK BRADY, individually and d/b/a KSR | : | |
| MOTOR SPORTS, BENCHMARK | : | |
| BUILDERS, INC., a Delaware corporation, | : | |
| and PARKWAY GRAVEL, a Delaware | : | |
| corporation, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION TO DISMISS

The parties, by and through their counsel, hereby stipulate that all claims against the defendant, Benchmark Builders, Inc., be dismissed without prejudice.

| | |
|---|---|
| DOROSHOW, PASQUALE KRAWITZ & BHAYA | TYBOUT, REDFEARN & PELL |
| By: _/s/ M.H._ | By: _/s/_ |
| ARTHUR M. KRAWITZ (2440) | SHERRY FALLON (2464) |
| MATTHEW R. FOGG (4254) | 750 South Madison Street, Suite 400 |
| 1202 Kirkwood Highway | Wilmington, DE 19801 |
| Wilmington, Delaware 19805 | (302) 658-6901 |
| (302) 998-0100 | Attorney for Defendant, |
| Attorneys for Plaintiff | Neal Shoemaker |
| DATED: 6/20/06 | DATED: 6/6/06 |

| | |
|---|---|
| AKIN & HERRON, P.A. | CASARINO, CHRISTMAN & SHALK |
| By: /s/ Bruce Herron<br>BRUCE HERRON (2315)<br>1220 North Market Street, Suite 300<br>P.O. Box 25047<br>Wilmington, DE 19899<br>(302) 427-6987<br>Attorney for Defendant,<br>Blue Diamond, LLC and<br>Parkway Gravel | By: /s/ Colin M. Shalk<br>COLIN M. SHALK (99)<br>800 North King Street, Suite 200<br>P.O. Box 1276<br>Wilmington, DE 19899<br>(302) 594-4500<br>Attorney for Defendant,<br>Benchmark Builders, Inc. |
| DATED: 6/12/06 | DATED: 6/16/06 |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
JUDGE

PLEADING\Rollison, Delbert- Stip to dismiss