IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, ) | C.A. No.: 06-CV00159 SLR |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ARBITRATION CASE |
| ) | |
| NEAL SHOEMAKER, an individual; ) | |
| DIAMOND, LLC, a Delaware ) | |
| corporation; HOUGHTONS AMUSEMENT ) | |
| PARK, LLC, a Delaware corporation; ) | |
| JACK BRADY, individually and ) | TRIAL BY JURY OF |
| d/b/a KSR MOTOR SPORTS; ) | TWELVE DEMANDED |
| BENCHMARK BUILDERS, INC., ) | |
| a Delaware corporation; ) | |
| and PARKWAY GRAVEL, ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO: Matthew R. Fogg, Esquire           Bruce C. Herron, Esquire
    Doroshow, Pasquale,                 Akin & Herron, P.A.
    Krawitz & Bhaya                     1220 North Market Street #300
    1202 Kirkwood Highway               P.O. Box 25047
    Wilmington, DE 19805                Wilmington, DE 19899

PLEASE TAKE NOTICE, that the undersigned attorney will take the oral deposition of the Plaintiff, **Delbert E. Rollison**, on **Friday, August 4, 2006, at 10:00 a.m.** The deposition will take place at the law offices of Tybout, Redfearn & Pell, 750 South Madison Street, Suite 400, Wilmington, DE 19801.

TYBOUT, REDFEARN & PELL

Dated: June 22, 2006

SHERRY RUGGIERO FALLON
Bar ID # 2464
750 South Madison Street #400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendant,
Neal Shoemaker

## **CERTIFICATE OF SERVICE**

I, SHERRY RUGGIERO FALLON, hereby certify that I have had deposited in the mailbox at 750 South Madison Street, Wilmington, Delaware, on this 22nd day of June, 2006, true and correct copies of the attached document addressed to:

Matthew R. Fogg, Esquire
Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Bruce C. Herron, Esquire
Akin & Herron, P.A.
1220 North Market Street #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Defendant,
Blue Diamond, LLC and
Parkway Gravel

TYBOUT, REDFEARN & PELL

/s/ Sherry Ruggiero Fallon
SHERRY RUGGIERO FALLON
Bar ID # 2464
750 South Madison Street #400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendant,
Neal Shoemarker

cc: Corbett & Wilcox

601.115