IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
|     Plaintiff, | :    C.A. No.: 06-159 SLR |
| v. | : |
| NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation, | :    **JURY OF SIX DEMANDED** |
|     Defendants. | |

**NOTICE OF DEPOSITION**

TO:   Sherry Ruggerio-Fallon, Esquire      Rodger A. Akin, Esquire
       Tybout, Redfearn & Pell                   Akin & Herron, P.A.
       750 South Madison Street             1220 North Market Street
       Suite 400                                    Suite 300
       Wilmington, Delaware 19801         Wilmington, Delaware 19899

       Jack Brady
       P.O. Box 1701
       Paoli, Pennsylvania 19301

Please take notice that counsel for Plaintiff will take the deposition of Defendant Neal Shoemaker on **Tuesday, August 1, 2006 beginning at 10:00 a.m.** The deposition will be held in the office of office of the undersigned located at 1202 Kirkwood Highway, Wilmington, Delaware.

Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

                                    DOROSHOW, PASQUALE,
                                    KRAWITZ & BHAYA

DATED: 6/28/06        By:    <u>/s/ Matthew R. Fogg, Esquire</u>
                                    ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
                                    MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                    1202 Kirkwood Highway
                                    Wilmington, DE   19805
                                    (302) 998-0100
                                    Attorneys for Plaintiff
                                    Arthurkrawitz@dplaw.com
                                    Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)


F:\PUBLIC\WORD\PLEADING Rollison, Delbert - Notice of Deposition - Shoemaker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON,<br><br>    Plaintiff,<br><br>v.<br><br>NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation,<br><br>    Defendants. | :<br>:  C.A. No.: 06-159 SLR<br>:<br>:<br>:<br>:<br>:  **JURY OF SIX DEMANDED**<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 28th day of JUNE, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:
Notice of Deposition

**PERSONS**:

Sherry Ruggerio-Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, Delaware 19801

Rodger A. Akin, Esquire
Akin & Herron, P.A.
1220 North Market Street
Suite 300
Wilmington, Delaware 19899

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Mattfogg@dplaw.com