IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | : C.A. No.: 06-159 SLR |
| Plaintiff, | : |
| | : |
| v. | : JURY OF SIX DEMANDED |
| | : |
| NEAL SHOEMAKER, as parent and legal guardian of TRAVIS SHOEMAKER, NEAL SHOEMAKER, individually, TRAVIS SHOEMAKER, individually, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, and PARKWAY GRAVEL, a Delaware corporation, | : |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Matthew R. Fogg, Esquire, hereby certify that I have this 29th day of June, 2006, had e-filed and hand-delivered two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Plaintiff's Request for Admissions Concerning Medical Bills Directed to Defendant, Blue Diamond, LLC

**PERSON:**

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, Delaware 19899

Bruce Herron
Akin & Herron, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware 19899

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

Colin M. Shalk
Casarino, Christman & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899

                          DOROSHOW, PASQUALE,
                           KRAWITZ & BHAYA

By:   /s/ Matthew R. Fogg
      ARTHUR KRAWITZ (ID No. 2440)
      MATTHEW R. FOGG (ID No. 4254)
      1202 Kirkwood Highway
      Wilmington, DE 19805
      (302) 998-0100
      Attorneys for Plaintiff

DATED: 6-29-2006