IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | :    C.A. No.: 06-159 SLR |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    **JURY OF SIX DEMANDED** |
| | : |
| NEAL SHOEMAKER, as parent and legal | : |
| guardian of TRAVIS SHOEMAKER, | : |
| NEAL SHOEMAKER, individually, | : |
| TRAVIS SHOEMAKER, individually, | : |
| BLUE DIAMOND, LLC, a Delaware | : |
| corporation, HOUGHTONS AMUSEMENT | : |
| PARK, LLC, a Delaware corporation, | : |
| JACK BRADY, individually and d/b/a KSR | : |
| MOTOR SPORTS, and PARKWAY | : |
| GRAVEL, a Delaware corporation, | |
| | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Matthew R. Fogg, Esquire, hereby certify that I have this 29th day of June, 2006, had

e-filed and hand-delivered two (2) true and correct copies of the following document(s)

addressed to the person(s) listed below:

**DOCUMENT:**

Plaintiff's Request for Admissions Concerning Medical Bills Directed to Defendant, Parkway Gravel

**PERSON:**

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, Delaware 19899

Bruce Herron
Akin & Herron, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware 19899

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

Colin M. Shalk
Casarino, Christman & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

                                        DOROSHOW, PASQUALE,
                                          KRAWITZ & BHAYA

                       By:    <u>/s/ Matthew R. Fogg</u>
                             ARTHUR KRAWITZ (ID No. 2440)
                             MATTHEW R. FOGG (ID No. 4254)
                             1202 Kirkwood Highway
                             Wilmington, DE 19805
                             (302) 998-0100
                             Attorneys for Plaintiff

DATED: 6-29-2006