IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, : | |
| : | C.A. No.: 06-159 SLR |
| Plaintiff, : | |
| : | |
| v. : | JURY OF SIX DEMANDED |
| : | |
| NEAL SHOEMAKER, as parent and legal : | |
| guardian of TRAVIS SHOEMAKER, : | |
| NEAL SHOEMAKER, individually, : | |
| TRAVIS SHOEMAKER, individually, : | |
| BLUE DIAMOND, LLC, a Delaware : | |
| corporation, HOUGHTONS AMUSEMENT : | |
| PARK, LLC, a Delaware corporation, : | |
| JACK BRADY, individually and d/b/a KSR : | |
| MOTOR SPORTS, and PARKWAY : | |
| GRAVEL, a Delaware corporation, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Matthew R. Fogg, Esquire, hereby certify that I have this 29th day of June, 2006, had e-filed and hand-delivered two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

### DOCUMENT:

Plaintiff's Request for Admissions Concerning Medical Records Directed to Defendant, Neal Shoemaker

### PERSON:

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, Delaware 19899

Bruce Herron
Akin & Herron, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware 19899

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

Colin M. Shalk
Casarino, Christman & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

                                        DOROSHOW, PASQUALE,
                                          KRAWITZ & BHAYA

                           By:    /s/ Matthew R. Fogg
                                 ARTHUR M. KRAWITZ (ID No. 2440)
                                 MATTHEW R. FOGG (ID No. 4254)
                                 1202 Kirkwood Highway
                                 Wilmington, DE 19805
                                 (302) 998-0100
                                 Attorneys for Plaintiff

DATED: 6-29-2006