IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | : | |
| | : | C.A. No.: 06-159 SLR |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY OF SIX DEMANDED** |
| | : | |
| NEAL SHOEMAKER, as parent and legal guardian of TRAVIS SHOEMAKER, NEAL SHOEMAKER, individually, TRAVIS SHOEMAKER, individually, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, and PARKWAY GRAVEL, a Delaware corporation, | : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 5th day of July, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Responses to Defendant, Neal Shoemaker's Request for Production

PERSON:

| | |
|---|---|
| Sherry Ruggiero Fallon | Bruce Herron |
| Tybout, Redfearn & Pell | Akin & Herron, P.A. |
| 750 S. Madison Street, Suite 400 | 1220 North Market Street, Suite 300 |
| P.O. Box 2092 | P.O. Box 25047 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |

Jack Brady  
P.O. Box 1701  
Paoli, Pennsylvania 19301

Colin M. Shalk  
Casarino, Christman & Shalk  
800 North King Street, Suite 200  
P.O. Box 1276  
Wilmington, Delaware 19899

DOROSHOW, PASQUALE,  
KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG  
ARTHUR M. KRAWITZ (I.D. No.: 2440)  
MATTHEW R. FOGG (I.D. No.: 4254)  
1202 Kirkwood Highway  
Wilmington, DE   19805  
(302) 998-0100  
Attorneys for Plaintiff

DATED: 7-5-2006