IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-159-SLR |
| | ) |
| NEAL SHOEMAKER, BLUE DIAMOND, | ) |
| LLC, HOUGHTONS AMUSEMENT PARK | ) |
| LLC, JACK BRADY, individually | ) |
| and d/b/a KSR Motor Sports, | ) |
| and PARKWAY GRAVEL, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Jack Brady pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint and has failed to respond to the court's order to show cause issued on May 24, 2006.  (See D.I. 7, 11, 25, 27, 32)

Dated: July 12, 2006

_____
(By) Deputy Clerk