### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | C.A. No.: 06-CV00159 SLR |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEAL SHOEMAKER, an individual; | ) | |
| DIAMOND, LLC, a Delaware | ) | |
| corporation; HOUGHTONS AMUSEMENT | ) | |
| PARK, LLC, a Delaware corporation; | ) | |
| JACK BRADY, individually and | ) | **TRIAL BY JURY OF** |
| d/b/a KSR MOTOR SPORTS; | ) | **TWELVE DEMANDED** |
| BENCHMARK BUILDERS, INC., | ) | |
| a Delaware corporation; | ) | |
| and PARKWAY GRAVEL, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have had caused to be served by

First Class Postage Pre-paid U.S. Mail, on the 13th day of July, 2006, two (2) true and correct

copies of **Defendant Neal Shoemaker's Responses to Plaintiff's First Set of Interrogatories**

**Directed to Defendant, Neal Shoemaker and Defendant Neal Shoemaker's Responses to**

**Plaintiff's First Requests for Production of Documents Directed to Defendant, Neal**

**Shoemaker,** addressed to:

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Roger A. Akin #395
Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Blue Diamond LLC and
Parkway Gravel


Jack Brady
P.O. Box 1701
Paoli, PA  19301


                                                        TYBOUT, REDFEARN & PELL


                          7/13/06          _____
                                                        SHERRY RUGGIERO FALLON
                                                        Bar ID # 2464
                                                        750 S. Madison Street, Suite 400
                                                        (302) 658-6901
                                                        Attorneys for Defendant
                                                        Neal Shoemaker