IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DELBERT E. ROLLISON,** | ) | C.A. No.: 06-CV00159 SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **NEAL SHOEMAKER,** an individual; | ) | |
| **DIAMOND, LLC,** a Delaware | ) | |
| corporation; **HOUGHTONS AMUSEMENT** | ) | |
| **PARK, LLC,** a Delaware corporation; | ) | |
| **JACK BRADY,** individually and | ) | **TRIAL BY JURY OF** |
| d/b/a **KSR MOTOR SPORTS;** | ) | **TWELVE DEMANDED** |
| **BENCHMARK BUILDERS, INC.,** | ) | |
| a Delaware corporation; | ) | |
| and **PARKWAY GRAVEL,** | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have had caused to be served by First Class Postage Pre-paid U.S. Mail, on the 24th day of July, 2006, two (2) true and correct copies of **Defendant Neal Shoemaker's Responses to Plaintiff's Requests for Admissions Relating to Medical Records Directed to Defendant Neal Shoemaker and Defendant Neal Shoemaker's Responses to Plaintiff's Requests for Admissions Relating to Medical Bills Directed to Defendant Neal Shoemaker,** addressed to:

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Jack Brady
P.O. Box 1701
Paoli, PA 19301

Roger A. Akin #395
Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Blue Diamond LLC and
Parkway Gravel

TYBOUT, REDFEARN & PELL

7/24/06

_____
SHERRY RUGGIERO FALLON #2464
750 S. Madison Street, Suite 400
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendant
Neal Shoemaker