IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | :     C.A. No.: 06-159 SLR |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     **JURY OF SIX DEMANDED** |
| | : |
| NEAL SHOEMAKER, as parent and legal guardian of TRAVIS SHOEMAKER, NEAL SHOEMAKER, individually, TRAVIS SHOEMAKER, individually, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, and PARKWAY GRAVEL, a Delaware corporation, | : |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 25th day of July, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Responses to Defendants, Blue Diamond, LLC's & Parkway Gravel's First Request for Production of Documents

PERSON:

Roger A. Akin
Akin & Herron, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware 19899

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, Delaware 19899

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

                              DOROSHOW, PASQUALE,
                               KRAWITZ & BHAYA


                         By:  /s/ MATTHEW R. FOGG
                              ARTHUR M. KRAWITZ (I.D. No.: 2440)
                              MATTHEW R. FOGG (I.D. No.: 4254)
                              1202 Kirkwood Highway
                              Wilmington, DE  19805
                              (302) 998-0100
                              Attorneys for Plaintiff

DATED: 7-25-2006

7