IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-159 SLR |
| ) | |
| NEAL SHOEMAKER, an individual,) | |
| BLUE DIAMOND, LLC, a Delaware ) | |
| corporation, HOUGHTONS ) | |
| AMUSEMENT PARK, LLC, a ) | |
| Delaware corporation JACK ) | |
| BRADY, individually and d/b/a ) | |
| KSR MOTOR SPORTS, BENCHMARK ) | |
| BUILDERS, INC. a Delaware ) | |
| corporation, and PARKWAY ) | |
| GRAVEL, a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS, BLUE DIAMOND, LLC'S & PARKWAY GRAVEL'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS CONCERNING MEDICAL BILLS DIRECTED TO DEFENDANTS BLUE DIAMOND, LLC & PARKWAY GRAVEL**

**Request for Admission No. 1:**

That each of the following documents, exhibited with these Requests, are genuine and authentic:

- A-1  Bills from Loudoun Hospital Center in the amount of $6,546.56, pages 1-2.

- A-2  Bills from Loudoun Hospital Center in the amount of $3,218.03, pages 3-4.

- A-3  Bills from Center for Advanced Orthopedics & Pain in the amount of $10,576.80, pages 5-29.

- A-4  Bills from Apple Blossom Family Practice in the amount of $182.98, pages 30-33.

          A-5  Bills from Center for Advanced Orthopedics & Pain in the amount of $898.00, page 34.

**Answer:**  The answering defendants object to this request on the basis that it requires a medical conclusion.  The answering defendants further object to this request on the basis that the answering defendants are not the records custodian for the documents identified in this request and have no independent means of verifying whether a complete and accurate production of such documents have been made by the respective records custodian.  Without waiving the objection, the answering defendants lack sufficient knowledge and/or information to determine whether the medical bills attached to this request are genuine and authentic.

**Supplemental Interrogatory to No. 1:**

If the answer to Request for Admission no. 1 is anything but an unqualified admission, state all facts upon which the denial or partial denial is based.

**Answer:**  The answering defendants object to this request on the basis that it requires a medical conclusion.  The answering defendants further object to this request on the basis that the answering defendants are not the records custodian for the documents identified in this request and have no independent means of verifying whether a complete and accurate production of such documents have been made by the respective records custodian.  Without waiving the objection, the answering defendants lack sufficient knowledge and/or information to determine whether the medical bills attached to this request are genuine and authentic.

**Request for Admission No. 2:**

That the amount of each bill set forth in Request number 1 is reasonable.

**Answer:**  The defendants object to this request on the basis that it requires a medical conclusion.  The answering defendants further object to this request on the basis that the answering defendants are not the records custodian for the documents identified in this request and have no independent means of verifying whether a complete and accurate production of such documents have

been made by the respective records custodian.  Without waiving the objection, the answering defendants lack sufficient knowledge and/or information to determine whether the amounts of each bill set forth in Request number 1 is reasonable.

**Supplemental Interrogatory No. 2:**

**Answer:**   The answering defendants object to this request on the basis that it requires a medical conclusion.  The answering defendants further object to this request on the basis that the answering defendants are not the records custodian for the documents identified in this request and have no independent means of verifying whether a complete and accurate production of such documents have been made by the respective records custodian.  Without waiving the objection, the defendants reserve the right to retain experts including, but not limited to, medical experts.

**Request for Admission No. 3:**

**Answer:**   The answering defendants object to this request on the basis that it requires a medical conclusion.  The answering defendants further object to this request on the basis that the answering defendants are not the records custodian for the documents identified in this request and have no independent means of verifying whether a complete and accurate production of such documents have been made by the respective records custodian.  Without waiving the objection, the defendants reserve the right to retain experts including, but not limited to, medical experts.

                                          **AKIN & HERRON, P.A.**
                                          /s/ Roger A. Akin
                                          Roger A. Akin
                                          Attorney I.D. No. 395
                                          1220 N. Market Street, Suite 300
                                          P.O. Box 25047
                                          Wilmington, DE 19899
                                          (302) 427-6989
                                          Attorney for Defendants
                                          Blue Diamond, LLC and
                                          Parkway Gravel

Dated: July 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-159-SLR |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this 26th day of July, 2006, a copy of **DEFENDANTS BLUE DIAMOND, LLC'S AND PARKWAY GRAVEL'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS CONCERNING MEDICAL RECORDS AND PLAINTIFF'S REQUESTS FOR ADMISSIONS CONCERNING MEDICAL BILLS** was mailed first class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin
Attorney I.D. No. 395
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorney for Defendants
Blue Diamond, LLC and
Parkway Gravel, Inc.

H:\tmw5\data\files\Docs\3651.041\NOS\5020.WPD