```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

DELBERT E. ROLLISON,            )
                                )
     Plaintiff,                 )
                                )
     v.                         )    C.A. No. 06-159 SLR
                                )
NEAL SHOEMAKER, an individual,  )
BLUE DIAMOND, LLC, a Delaware   )
corporation, HOUGHTONS          )
AMUSEMENT PARK, LLC, a          )
Delaware corporation JACK       )
BRADY, individually and d/b/a   )
KSR MOTOR SPORTS, BENCHMARK     )
BUILDERS, INC. a Delaware       )
corporation, and PARKWAY        )
GRAVEL, a Delaware              )
corporation,                    )
                                )
     Defendants.                )
```

**DEFENDANTS, BLUE DIAMOND, LLC'S & PARKWAY GRAVEL'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS CONCERNING MEDICAL RECORDS DIRECTED TO DEFENDANTS BLUE DIAMOND, LLC & PARKWAY GRAVEL**

**Request for Admission No. 1:**

    That each of the following documents, exhibited with these Requests, are genuine and authentic:

        A-1   Records of EMS Report pertaining to Delbert Rollison, Pages 1-9.

        A-2   Records of Christiana Hospital pertaining to Delbert Rollison's July 3, 2004 admission, pages 1-14.

        A-3   Office records of Sassan Hassassian, M.D., pertaining to Delbert Rollison, pages 1-7.

        A-4   Office records of Center for Advanced Orthopedics and Pain Management, pertaining to Delbert Rollison, pages 1-36.

        A-5    Diagnostic Testing records of Winchester Medical Center, pertaining to Delbert Rollison, pages 1-4.

        A-6    Surgery records of Loudoun Hospital Center pertaining to Delbert Rollison's July 7, 2004 surgery, pages 1-7.

        A-7    Surgery records of Loudoun Hospital Center pertaining to Delbert Rollison, pages 1-2.

        A-8    Office records of Apple Blossom Family Practice, Dr. Jessica Byrd, pertaining to Delbert Rollison, pages 1-27.

        A-9    Physical Therapy Office Records of Center for Advanced Orthopedics and Pain Management, pertaining to Delbert Rollison, pages 1-19.

**Answer:** The answering defendants object to this request on the basis that it requires a medical conclusion. The answering defendants further object to this request on the basis that the answering defendants are not the records custodians for the documents identified in this request and have no independent means of verifying whether a complete and accurate production of such documents have been made by the respective records custodian. Without waiving the objection, the answering defendants lack sufficient knowledge and/or information to determine whether the medical records attached to this request are genuine and authentic.

**Supplemental Interrogatory No. 1:**

If the answer to Request for Admission No. 1 is anything but an unqualified admission, state all facts upon which the denial or partial denial is based.

**Answer:** The answering defendants object to this request on the basis that it requires a medical conclusion. The answering defendants further object to this request on the basis that the answering defendants are not the records custodians for the documents identified in this request and have no independent means of verifying whether a complete and accurate production of such documents have been made by the respective records custodian. Without waiving the objection, the answering defendants lack sufficient knowledge and/or information to determine whether the medical records

attached to this request are genuine and authentic.

**Request for Admission No. 2:**

That the medical records listed in Request for Admission No. 1 are admissible pursuant to F.R.E. 803(6).

**Answer:** The defendants object to this request on the basis that it requires a legal conclusion. Without waiving the objection, if the plaintiff satisfied the applicable criteria for the admission of records maintained "in the course of a regularly conducted business activity, and all other criteria pursuant to F.R.E. 803(6), then the Answering defendants may be willing to stipulate to the admissibility of certain records prior to trial.

                                      **AKIN & HERRON, P.A.**
                                      /s/ Roger A. Akin
                                      Roger A. Akin
Attorney I.D. No. 395
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorney for Defendants
Blue Diamond, LLC and
Parkway Gravel

Dated: July 26, 2006

H:\tmw5\data\files\Docs\3651.041\RESP\5018.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-159-SLR |
| | ) |
| NEAL SHOEMAKER, an individual, | ) |
| BLUE DIAMOND, LLC, a Delaware | ) |
| corporation, HOUGHTONS | ) |
| AMUSEMENT PARK, LLC, a | ) |
| Delaware corporation JACK | ) |
| BRADY, individually and d/b/a | ) |
| KSR MOTOR SPORTS, BENCHMARK | ) |
| BUILDERS, INC. a Delaware | ) |
| corporation, and PARKWAY | ) |
| GRAVEL, a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I hereby certify that on this 26th day of July, 2006, a copy of **DEFENDANTS BLUE DIAMOND, LLC'S AND PARKWAY GRAVEL'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS CONCERNING MEDICAL RECORDS AND PLAINTIFF'S REQUESTS FOR ADMISSIONS CONCERNING MEDICAL BILLS** was mailed first class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below:

Arthur M. Krawitz, Esquire  
Matthew R. Fogg, Esquire  
Doroshow, Pasquale, Krawitz & Bhaya  
1202 Kirkwood Highway  
Wilmington, DE 19805  

Sherry R. Fallon, Esquire  
Tybout, Redfearn & Pell  
750 South Madison Street, Suite 400  
Wilmington, DE 19801  

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin  
Roger A. Akin  
Attorney I.D. No. 395  
1220 N. Market Street, Suite 300  
P.O. Box 25047  
Wilmington, DE 19899  
(302) 427-6989  
Attorney for Defendants  
Blue Diamond, LLC and  
Parkway Gravel, Inc.  

H:\tmw5\data\files\Docs\3651.041\NOS\5020.WPD