UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO.  06-159 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| NEAL SHOEMAKER, BLUE DIAMOND | ) | JURY TRIAL DEMANDED |
| LLC, HOUGHTONS AMUSEMENT PARK | ) | |
| LLC, JACK BRADY individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS INC., and PARKWAY GRAVEL, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Colin M. Shalk, Esquire, Casarino, Christman & Shalk, as counsel for the defendant Houghtons Amusement Park, L.L.C.  The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.  Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available, and to answer, object or otherwise plead.

/s/ Colin M. Shalk, Esquire
COLIN M. SHALK, ESQUIRE
DE Bar ID #99
CASARINO, CHRISTMAN & SHALK
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE  19899
(302) 594-4500
Attorney for Defendant Houghtons

Date: July 26, 2006

## CERTIFICATE OF SERVICE

_____I, COLIN M. SHALK, hereby certify that I have caused to be delivered on this 26th day of July, 2006, true and correct copies of the attached document, addressed to:

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Sherry Ruggiero Fallon, Esquire
Tybout, Redfearn & Pell, P.A.
750 South Madison Street, Suite 400
Wilmington, DE 19801

Bruce Herron, Esquire
Akin & Herron, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK P.A.

/s/ Colin M. Shalk, Esquire
COLIN M. SHALK, ESQUIRE
DE Bar ID #99
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Hougtons Amusement Park