# CASARINO, CHRISTMAN & SHALK, P.A.

ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

July 26, 2006

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Re: Rollison v. Benchmark Builders et al.
C.A. No. 06-159-SLR

Dear Art:

I'm writing to follow up our telephone conversation of Tuesday, July 25, 2006. As I told you, James and Gladys Houghton of Houghtons Amusement Park, L.L.C., have contacted me and asked that I represent Houghtons Amusement in this case. You have a motion for a default pending against Houghton on at and you agreed to withdraw it.

Concurrent with this letter, I'm filing an Entry of Appearance on behalf of Houghtons Amusement Park, L.L.C. I've already met with the Houghtons and concurrent with this letter I'm going to dictate and file the Answer.

We had a further discussion about this case and I'll write separately about that. Best wishes.

Sincerely yours,

Colin M. Shalk

CMS/jdd

cc: Honorable Judge Sue L. Robinson
    Clerk of Court
    Sherry Ruggiero Fallon, Esquire
    Bruce Herron, Esquire
    Mr. and Mrs. Houghton