

**Law Offices**
**DOROSHOW**
**PASQUALE**
**KRAWITZ**
**& BHAYA**

ERIC M DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M KRAWITZ, DE, PA
SHAKUNTLA L BHAYA, DE, PA
MARY C BOUDART, DE
DONALD E GREGORY, DE
DEBRA C ALDRICH, DE, PA
DONALD E MARSTON, DE
ANDREA G GREEN, DE, MD
JESSICA LEWIS WELCH, DE
• • • • •
ANGELA PINTO ROSS, DE
KAREN Y VICKS, DE, NJ, PA
MATTHEW R FOGG, DE, NJ
CYNTHIA H PRUITT, DE
NINA PAPPOULIS, DE
TARA A BLAKELY, DE
JENNIFER S DONAHUE, DE, NJ
DEBORAH J GALONSKY, DE, NJ
AIMEE CZACHOROWSKI, DE, PA
JENNIFER M MENSINGER, DE
TARA E HAFER, NJ
CHRISTINA L YEAGER, NJ

---

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S DuPont Highway
P O Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

July 31, 2006

**VIA E-FILING**
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    **Delbert Rollison v. Neal Shoemaker, et. al.**
            **C.A. No.: 06-159 SLR**

Dear Judge Robinson:

    I write to follow-up on my telephone call to Chambers this morning. Currently pending before the Court is a Default Hearing, scheduled for August 1, 2006 at 8:30 a.m. The parties previously agreed to postpone the default hearing until Trial. A Stipulation to that effect had been circulated to counsel. The Stipulation reached the only *pro se* defendant in this case, Jack Brady and has not been forwarded back to me for filing with the Court. My office has not been able to reach Mr. Brady. I contacted Chambers this morning for direction and your secretary instructed me to submit a short letter.

    Based upon the circumstances, we would respectfully request that the Default Hearing scheduled for tomorrow be postponed.

    Should Your Honor wish to discuss this matter further, please feel free to contact me.

Respectfully Submitted,

MATTHEW R FOGG

cc: Sherry Fallon, Esquire
    Roger Aikin, Esquire
    Colin Shalk, Esquire
    Jack Brady, *Pro Se*