IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-159-SLR |
| | : | |
| v. | : | |
| | : | |
| NEAL SHOEMAKER, an individual, BLUE | : | TRIAL BY JURY OF |
| DIAMOND, LLC, a Delaware Corporation, | : | SIX DEMANDED |
| HOUGHTONS AMUSEMENT PARK, LLC, a | : | |
| Delaware Corporation, JACK BRADY, an | : | |
| individual and d/b/a KSR MOTOR SPORTS, and | : | |
| PARKWAY GRAVEL, a Delaware Corporation, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT HOUGHTONS AMUSEMENT PARK, LLC'S
RESPONSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (a) (1)**

A.   Identities of individuals likely to have knowledge of discoverable information that may be used to support the disclosing party's claims or defenses.

**ANSWER:**   None.

B.   Documents and things in the possession or control of the party that may be used to support the disclosing party's claims or defenses.

**ANSWER:**   None.

C.   Identities of experts and their opinions.

**ANSWER:**   None.

D.   Insurance agreements in force.

**ANSWER:**   None.

E.   Statement of the basis for any damages claimed.

**ANSWER:**   Not applicable to the answering defendant.

                                        CASARINO, CHRISTMAN & SHALK, P.A.

                                        /s/ *Colin M. Shalk*

                                        _____
                                        COLIN M. SHALK, ESQUIRE
                                        Bar ID No. 99
                                        800 North King Street, Suite 200
                                        P.O. Box 1276
                                        Wilmington, DE 19899
                                        (302) 594-4500
Date:   July 31, 2006                       Attorney for Defendant Houghtons Amusement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-159-SLR |
| | : | |
| v. | : | |
| | : | |
| NEAL SHOEMAKER, an individual, BLUE | : | TRIAL BY JURY OF |
| DIAMOND, LLC, a Delaware Corporation, | : | SIX DEMANDED |
| HOUGHTONS AMUSEMENT PARK, LLC, a | : | |
| Delaware Corporation, JACK BRADY, an | : | |
| individual and d/b/a KSR MOTOR SPORTS, and | : | |
| PARKWAY GRAVEL, a Delaware Corporation, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, COLIN M. SHALK, ESQUIRE, hereby certify that I have had e-filed as well as deposited in the mailbox at 800 North King Street in Wilmington, Delaware on this 31st day of July, 2006, two true and correct copies of Defendant Houghtons' Responses Pursuant to Federal Rule of Civil Procedure 26 (a)(1) to counsel of record:

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Sherry Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

Bruce Herron, Esquire
Akin & Herron
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Jack Brady
KSR Motor Sports
P.O. Box 1701
Paoli, PA 19301

                                        CASARINO, CHRISTMAN & SHALK, P.A.

                                        /s/ Colin M. Shalk
                                        _____
                                        COLIN M. SHALK, ESQUIRE
                                        Bar ID No. 99
                                        800 North King Street, Suite 200
                                        P.O. Box 1276
                                        Wilmington, DE 19899
                                        (302) 594-4500
Date:   July 31, 2006                         Attorney for Defendant Houghtons Amusement