# CASARINO, CHRISTMAN & SHALK, P.A.

ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

July 31, 2006

<u>Via Electronic Filing</u>
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

     Re:    **Rollison v. Blue Diamond et al.**
              **C.A. No. 06-159 SLR**

Dear Judge Robinson:

     As the Court is aware, I recently entered my appearance on behalf of the Houghtons Amusement Park, LLC and I filed an answer on behalf of this entity on Monday, July 31. I understand that there is a hearing on a motion for default on Tuesday, August 1 at 8:30 a.m.

     The Houghton company is not insured for this loss. I can tell from having met with Mr. and Mrs. Houghton about ten days ago that they made an attempt to get the insurer to cover the claim and the delay in answering the complaint is because of that effort. The Houghtons contacted me to represent the company and I've agreed to do that. I did speak to plaintiff's counsel Art Krawitz a week or so ago to tell him of my involvement and he agreed avoid the default hearing and I have a letter from his associate Matthew Fogg to the Court.

     I'm scheduled to be in a Court of Common Pleas trial at 9:00 a.m. on Tuesday, August 1 and my clients are meeting me at 8:00 a.m. I'm not clear if the motion is going forward tomorrow at 8:30 a.m. and if so I'll need to ask someone else to attend for me. Since I've filed an answer then should be no reason for the default motion at this point. Would the Court please let me know?

                                                              Respectfully submitted,

                                                              /s/ *Colin M. Shalk, Esquire*

                                                             Colin M. Shalk

CMS/djr

cc:    Clerk of the Court
        Matthew Fogg, Esquire
        Bruce Herron, Esquire
        Sherry Fallon, Esquire