IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-159-SLR |
| | ) |
| NEAL SHOEMAKER, an individual, | ) |
| BLUE DIAMOND, LLC, a Delaware | ) |
| corporation, HOUGHTONS | ) |
| AMUSEMENT PARK, LLC, a | ) |
| Delaware corporation JACK | ) |
| BRADY, individually and d/b/a | ) |
| KSR MOTOR SPORTS, BENCHMARK | ) |
| BUILDERS, INC. a Delaware | ) |
| corporation, and PARKWAY | ) |
| GRAVEL, a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

**ANSWER OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL TO CROSS-CLAIMS OF DEFENDANT HOUGHTONS AMUSEMENT PARK, LLC**

(Unnumbered Paragraph)   Denied.

(Unnumbered Paragraph)   Denied.

**WHEREFORE**, defendants Blue Diamond, LLC and Parkway Gravel request that the Cross-Claims of Defendant Houghtons Amusement Park, LLC against said defendants be dismissed with prejudice, together with costs assessed against Defendant Houghtons Amusement Park, LLC.

                **AKIN & HERRON, P.A.**

                /s/ Roger A. Akin
                Roger A. Akin
                Attorney I.D. No. 395
                1220 N. Market Street, Suite 300
                P.O. Box 25047
                Wilmington, DE 19899
                (302) 427-6989
                Attorney for Defendants
                Blue Diamond, LLC and
                Parkway Gravel, Inc.

Dated: August 2, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, )<br>     )<br>    Plaintiff, )<br>     )<br>    v.   )<br>     )<br>NEAL SHOEMAKER, an individual,)<br>BLUE DIAMOND, LLC, a Delaware )<br>corporation, HOUGHTONS  )<br>AMUSEMENT PARK, LLC, a  )<br>Delaware corporation JACK  )<br>BRADY, individually and d/b/a )<br>KSR MOTOR SPORTS, BENCHMARK )<br>BUILDERS, INC. a Delaware  )<br>corporation, and PARKWAY  )<br>GRAVEL, a Delaware  )<br>corporation,   )<br>     )<br>    Defendants. ) | C.A. No. 06-159-SLR |

**NOTICE OF SERVICE**

I hereby certify that on this 2<u>nd</u> day of August, 2006, two copies of **DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL ANSWER TO CROSS-CLAIMS OF DEFENDANT HOUGHTONS AMUSEMENT PARK, LLC** were mailed first class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

                                            **AKIN & HERRON, P.A.**

                                            <u>/s/ Roger A. Akin</u>
                                            Roger A. Akin
                                            Attorney I.D. No. 395
                                            1220 N. Market Street, Suite 300
                                            P.O. Box 25047
                                            Wilmington, DE 19899
                                            (302) 427-6989
                                            Attorney for Defendants
                                            Blue Diamond, LLC and
                                            Parkway Gravel, Inc.

H:\tmw5\data\files\Docs\3651.041\NOS\5080.WPD