IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | :    C.A. No.: 06-159 SLR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation, | :    **JURY OF SIX DEMANDED** |
| Defendants. | |

## NOTICE OF DEPOSITION

TO:   Sherry Ruggerio-Fallon, Esquire         Rodger A. Akin, Esquire
Tybout, Redfearn & Pell                       Akin & Herron, P.A.
750 South Madison Street                   1220 North Market Street
Suite 400                                                   Suite 300
Wilmington, Delaware 19801            Wilmington, Delaware 19899

Colin M. Shalk, Esquire                        Jack Brady
Casarino, Christman & Shalk, P.A.     P.O. Box 1701
800 North King Street                         Paoli, Pennsylvania 19301
Suite 200
Wilmington, Delaware 19899

Please take notice that counsel for Plaintiff will take the deposition of Blue Diamond Representative, Allan DeCarlo on **Thursday, October 12, 2006 beginning at 2:00 p.m.** The deposition will be held in the office of office of counsel for the defense, Rodger A. Akin, Esquire, 1220 North Market Street, Suite 300, Wilmington, Delaware.

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

               DOROSHOW, PASQUALE,
               KRAWITZ & BHAYA

DATED: 8/4/06    By:  <u>/s/ Matthew R. Fogg, Esquire</u>
              ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
              MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
              1202 Kirkwood Highway
              Wilmington, DE  19805
              (302) 998-0100
              Attorneys for Plaintiff
              Arthurkrawitz@dplaw.com
              Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)

F:\PUBLIC\WORD\PLEADING Rollison, Delbert - Notice of Deposition - DeCarlo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON,<br><br>    Plaintiff,<br><br>v.<br><br>NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation,<br><br>    Defendants. | C.A. No.: 06-159 SLR<br><br><br><br>**JURY OF SIX DEMANDED** |

**CERTIFICATE OF SERVICE**

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 4th day of AUGUST, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:
Notice of Deposition

**PERSONS**:

Sherry Ruggerio-Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, Delaware 19801

Rodger A. Akin, Esquire
Akin & Herron, P.A.
1220 North Market Street
Suite 300
Wilmington, Delaware 19899

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
Wilmington, Delaware 19899

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

By:
DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

/s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Mattfogg@dplaw.com