# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

August 4, 2006

Bruce C. Herron, Esquire
Roger A. Akin, Esquire
Akin & Herron, P.A.
1220 North Market Street, #300
P.O. Box 25047
Wilmington, DE  19899

       Re:  **Delbert E. Rollison v. Shoemaker, et al.,**
            **Civ. No. 06-159-SLR**

Dear Counsel:

       This case has a lamentable history of filings incorrectly docketed on behalf of Parkway Gravel, Inc. and Blue Diamond, LLC.  Given the nature and frequency of the mistakes, I will not act on any filings made on behalf of Parkway Gravel, Inc. and Blue Diamond, LLC until you are able to certify that you have undertaken more CM/ECF training from the Clerk's Office.

                           Cordially,

                           Sue L. Robinson

cc:  Clerk of Court