**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

August 9, 2006

Bruce C. Herron, Esquire
Roger A. Akin, Esquire
Akin & Herron, P.A.
1220 North Market Street, #300
P.O. Box 25047
Wilmington, DE  19899

      Re:  **Delbert E. Rollison v. Shoemaker, et al.,**
           Civ. No. 06-159-SLR

Dear Counsel:

    It is my understanding that additional training has been successfully sought, consistent with the letter directive of August 4, 2006. Although the Court will continue to monitor the docket and provide assistance in this regard, the case once again will be processed in the normal course.

                  Cordially,

                  Sue L. Robinson

cc:  Clerk of Court