IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | C.A. No.: 06-CV00159 SLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEAL SHOEMAKER, an individual; | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation; HOUGHTONS AMUSEMENT | ) | |
| PARK, LLC, a Delaware corporation; | ) | TRIAL BY JURY OF |
| JACK BRADY, individually and | ) | TWELVE DEMANDED |
| d/b/a KSR MOTOR SPORTS; | ) | |
| and PARKWAY GRAVEL, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT NEAL SHOEMAKER'S ANSWER TO THE CROSSCLAIM OF
DEFENDANT HOUGHTON'S AMUSEMENT PARK, LLC**

Denied.

WHEREFORE, Defendant Neal Shoemaker requests that the crossclaim of Defendant

Houghton's Amusement Park, LLC, against him be dismissed, together with costs assessed

against Defendant Houghton's Amusement Park, LLC.


TYBOUT, REDFEARN & PELL

SHERRY RUGGIERO FALLON #2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302)658-6901
Attorney for Defendant, Neal Shoemaker

Dated: 8/10/06

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be served by First Class Postage Pre-paid U.S. Mail, on this 10th day of August, 2006, two (2) true and correct copies of the attached document addressed to:

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz &
Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
(302)998-0100
Attorneys for Plaintiff

Jack Brady
P.O. Box 1701
Paoli, PA  19301

Roger A. Akin #395
Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
(302)427-6989
Attorneys for Defendants
Blue Diamond LLC and
Parkway Gravel

Colin M. Shalk #99
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
(302)594-4500
Attorneys for Houghton's Amusement
Park, LLC

**TYBOUT, REDFEARN & PELL**

**SHERRY RUGGIERO FALLON (#2464)**
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE   19899-2092
(302)658-6901
Attorneys for Defendant,
Neal Shoemaker