IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | C.A. No. 06-159 SLR |
| ) | |
| NEAL SHOEMAKER, an individual,) | |
| BLUE DIAMOND, LLC, a Delaware ) | |
| corporation, HOUGHTONS ) | |
| AMUSEMENT PARK, LLC, a ) | |
| Delaware corporation JACK ) | |
| BRADY, individually and d/b/a ) | |
| KSR MOTOR SPORTS, BENCHMARK ) | |
| BUILDERS, INC. a Delaware ) | |
| corporation, and PARKWAY ) | |
| GRAVEL, a Delaware ) | |
| corporation, ) | |
| ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, **HEREBY CERTIFY** that on this 18th day of August, 2006, two copies of **RESPONSES OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** were mailed by first class postage to the following counsel or parties listed below:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

Jack Brady
P.O. Box 1701
Paoli, PA 19301

                                   **AKIN & HERRON, P.A.**

                                   <u>/s/ Roger A. Akin</u>
                                   Roger A. Akin
                                   Attorney I.D. No. 395
                                   1220 N. Market Street, Suite 300
                                   P.O. Box 25047
                                   Wilmington, DE 19899
                                   (302) 427-6989
                                   Attorney for Defendants
                                   Blue Diamond, LLC and
                                   Parkway Gravel

H:\tmw5\data\files\Docs\3651.041\NOS\5240.WPD