IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | :    C.A. No.: 06-159 SLR |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NEAL SHOEMAKER, an individual, BLUE | :    **JURY OF SIX DEMANDED** |
| DIAMOND, LLC, a Delaware corporation, | : |
| HOUGHTONS AMUSEMENT PARK, | : |
| LLC, a Delaware corporation, JACK | : |
| BRADY, individually and d/b/a KSR | |
| MOTOR SPORTS, BENCHMARK | |
| BUILDERS, INC., a Delaware corporation, | |
| and PARKWAY GRAVEL, a Delaware | |
| corporation, | |
| | |
| Defendants. | |

## RE - NOTICE OF DEPOSITION

TO:     Sherry Ruggerio-Fallon, Esquire      Rodger A. Akin, Esquire
Tybout, Redfearn & Pell      Akin & Herron, P.A.
750 South Madison Street      1220 North Market Street
Suite 400      Suite 300
Wilmington, Delaware 19801      Wilmington, Delaware 19899

Colin M. Shalk, Esquire      Jack Brady
Casarino, Christman & Shalk, P.A.      P.O. Box 1701
800 North King Street      Paoli, Pennsylvania 19301
Suite 200
Wilmington, Delaware 19899

Please take notice that counsel for Plaintiff will now take the deposition of Blue Diamond Representative, Allan DeCarlo on **Friday, November 17, 2006 beginning at 10:00 a.m.** The deposition will be held in the office of the undersigned located at 1202 Kirkwood Highway, Wilmington, Delaware.

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

                                              DOROSHOW, PASQUALE,
                                              KRAWITZ & BHAYA

DATED: 9/11/06        By:    /s/ Matthew R. Fogg, Esquire
                                        ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
                                        MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                        1202 Kirkwood Highway
                                        Wilmington, DE  19805
                                        (302) 998-0100
                                        Attorneys for Plaintiff
                                        Arthurkrawitz@dplaw.com
                                        Mattfogg@dplaw.com

cc: Corbett & Wilcox, Court Reporters
(original & e-transcript only)


F:\PUBLIC\WORD\PLEADING Rollison, Delbert -- Re - Notice of Deposition - DeCarlo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| Plaintiff, | : C.A. No.: 06-159 SLR |
| v. | : |
| NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation, | : **JURY OF SIX DEMANDED** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 11th day of SEPTEMBER, 2006 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:
Re - Notice of Deposition

**PERSONS**:

Sherry Ruggerio-Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, Delaware 19801

Rodger A. Akin, Esquire
Akin & Herron, P.A.
1220 North Market Street
Suite 300
Wilmington, Delaware 19899

Colin M. Shalk, Esquire
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
Wilmington, Delaware 19899

Jack Brady
P.O. Box 1701
Paoli, Pennsylvania 19301

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Mattfogg@dplaw.com