IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-159 SLR |
| ) | |
| NEAL SHOEMAKER, an individual,) | |
| BLUE DIAMOND, LLC, a Delaware ) | |
| corporation, HOUGHTONS ) | |
| AMUSEMENT PARK, LLC, a ) | |
| Delaware corporation JACK ) | |
| BRADY, individually and d/b/a ) | |
| KSR MOTOR SPORTS, BENCHMARK ) | |
| BUILDERS, INC. a Delaware ) | |
| corporation, and PARKWAY ) | |
| GRAVEL, a Delaware ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION AD TESTIFICANDUM AND DUCES TECUM**

TO:  Arthur M. Krawitz, Esquire        Colin M. Shalk, Esquire
     Matthew R. Fogg, Esquire          Casarino, Christman & Shalk
     Doroshow, Pasquale,               800 North King Street
     Krawitz & Bhaya                   Suite 200
     1202 Kirkwood Highway             P.O. Box 1276
     Wilmington, DE 19805              Wilmington, DE 19899

     Sherry R. Fallon, Esquire         Jack Brady
     Tybout, Redfearn & Pell           P.O. Box 1701
     750 South Madison Street          Paoli, PA 19301
     Suite 400
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of defendant Jack Brady at the offices of Akin & Herron, P.A., located at 1220 North Market Street, Suite 300, Wilmington, Delaware 19801, on **Thursday, November 16, 2006, at 10:00 a.m.**

**DUCES TECUM:** The witness shall bring with him to the deposition originals or legible copies of any and all documents of any description including but not limited to agreements, correspondence, releases, promotional literature and all other materials and documents in his possession which relate or pertain to "mud drag" and/or "monster truck" competitions at Blue Diamond Park in New Castle, Delaware on or about July 3, 2004.

        **AKIN & HERRON, P.A.**

        <u>/s/ Roger A. Akin</u>
        Roger A. Akin
        Attorney I.D. No. 395
        1220 N. Market Street, Suite 300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6989
        Attorney for Defendants
        Blue Diamond, LLC and
        Parkway Gravel

Dated: September 21, 2006

H:\tmw5\data\files\Docs\3651.041\NOD\5494.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>NEAL SHOEMAKER, an individual,)<br>BLUE DIAMOND, LLC, a Delaware )<br>corporation, HOUGHTONS )<br>AMUSEMENT PARK, LLC, a )<br>Delaware corporation JACK )<br>BRADY, individually and d/b/a )<br>KSR MOTOR SPORTS, BENCHMARK )<br>BUILDERS, INC. a Delaware )<br>corporation, and PARKWAY )<br>GRAVEL, a Delaware )<br>corporation, )<br>)<br>    Defendants. ) | C.A. No. 06-159 SLR |

## NOTICE OF SERVICE

I, **HEREBY CERTIFY** that on this 21<u>st</u> day of September, 2006, a copy of **DEFENDANTS' NOTICE OF DEPOSITION OF DEFENDANT JACK BRADY** was mailed first class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below: served via Lexis/Nexis File upon the following counsel:

| | |
|---|---|
| Arthur M. Krawitz, Esquire<br>Matthew R. Fogg, Esquire<br>Doroshow, Pasquale,<br>Krawitz & Bhaya<br>1202 Kirkwood Highway<br>Wilmington, DE 19805 | Colin M. Shalk, Esquire<br>Casarino, Christman & Shalk<br>800 North King Street<br>Suite 200<br>P.O. Box 1276<br>Wilmington, DE 19899 |

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE 19801

                                      **AKIN & HERRON, P.A.**

                                      <u>/s/ Roger A. Akin</u>
                                      Roger A. Akin
                                      Attorney I.D. No. 395
                                      1220 N. Market Street, Suite 300
                                      P.O. Box 25047
                                      Wilmington, DE 19899
                                      (302) 427-6989
                                      Attorney for Defendants
                                      Blue Diamond, LLC and
                                      Parkway Gravel

H:\tmw5\data\files\Docs\3651.041\NOS\5495.WPD