IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| Plaintiff, | : C.A. No.: 06-159 SLR |
| v. | : |
| NEAL SHOEMAKER, as parent and legal | : JURY OF SIX DEMANDED |
| guardian of TRAVIS SHOEMAKER, | : |

DELBERT E. ROLLISON,

    Plaintiff,

v.

NEAL SHOEMAKER, as parent and legal
guardian of TRAVIS SHOEMAKER,
NEAL SHOEMAKER, individually,
TRAVIS SHOEMAKER, individually,
BLUE DIAMOND, LLC, a Delaware
corporation, HOUGHTONS AMUSEMENT
PARK, LLC, a Delaware corporation,
JACK BRADY, individually and d/b/a KSR
MOTOR SPORTS, and PARKWAY
GRAVEL, a Delaware corporation,

    Defendants.

C.A. No.: 06-159 SLR

JURY OF SIX DEMANDED

## STIPULATION TO AMEND SCHEDULING ORDER

It is hereby stipulated and agreed, by and between the parties, through their

counsel, that the case scheduling Order be amended as follows:

Discovery Cut-Off ................................................... November 20, 2006

Reports from Retained Experts Deadline ............ October 20, 2006

Reports from Rebuttal Experts Deadline ........... November 20, 2006

Joinder of Parties, Amendments of Pleadings ..... October 20, 2006

Summary Judgment Motions ............................... November 25, 2006

All other deadlines set forth in the original Scheduling Order shall remain.

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya, LLC
1202 Kirkwood Highway
Wilmington, Delaware 19805
302.998.0100

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (2440)
MATTHEW R. FOGG (4254)
1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Attorneys for Plaintiff


AKIN & HERRON, P.A.

By: _____
ROGER A. AKIN (395)
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants,
Blue Diamond, LLC and
Parkway Gravel


CASARINO, CHRISTMAN & SHALK

By: _____
COLIN M. SHALK (99)
800 N. King Street, Ste. 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant, Houghtons Amusement
Park, LLC


TYBOUT, REDFEARN & PELL

By: _____
SHERRY FALLON (2464)
750 South Madison Street
Wilmington, DE 19801
(302) 658-6901
Attorney for Defendants,
Neal and Travis Shoemaker


By: /s/ Jack Brady
JACK BRADY
P.O. Box 1701
Paoli, PA 19301
*Pro Se*


IT IS SO ORDERED this ____ day of _____, 2006.


_____
JUDGE

Doroshow, Pasquale,
Krawitz, Bhaya & Bhaya, LLC
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DELBERT E. ROLLISON,                )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   C.A. No. 06-159 SLR
                                    )
NEAL SHOEMAKER, an individual,)
BLUE DIAMOND, LLC, a Delaware )
corporation, HOUGHTONS       )
AMUSEMENT PARK, LLC, a        )
Delaware corporation JACK     )
BRADY, individually and d/b/a )
KSR MOTOR SPORTS, BENCHMARK   )
BUILDERS, INC. a Delaware     )
corporation, and PARKWAY      )
GRAVEL, a Delaware            )
corporation,                  )
                                    )
        Defendants.                 )

**NOTICE OF SERVICE**

I, **HEREBY CERTIFY** that on this <u>24th</u> day of October, 2006, a
copy of the **STIPULATION TO AMEND SCHEDULING ORDER** was mailed first
class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using
CM/ECF which will send notifications of such filing(s) to counsel
listed below: served via Lexis/Nexis File upon the following
counsel:

        Arthur M. Krawitz, Esquire      Colin M. Shalk, Esquire
        Matthew R. Fogg, Esquire        Casarino, Christman & Shalk
        Doroshow, Pasquale,             800 North King Street
        Krawitz & Bhaya                 Suite 200
        1202 Kirkwood Highway           P.O. Box 1276
        Wilmington, DE 19805            Wilmington, DE 19899

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE 19801

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin
Attorney I.D. No. 395
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6989
Attorney for Defendants
Blue Diamond, LLC and
Parkway Gravel

H:\tmw5\data\files\Docs\3651.041\NOS\5811.WPD