IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | : | |
| | : | C.A. No.: 06-159 SLR |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY OF SIX DEMANDED** |
| | : | |
| NEAL SHOEMAKER, as parent and legal | : | |
| guardian of TRAVIS SHOEMAKER, | : | |
| NEAL SHOEMAKER, individually, | : | |
| TRAVIS SHOEMAKER, individually, | : | |
| BLUE DIAMOND, LLC, a Delaware | : | |
| corporation, HOUGHTONS AMUSEMENT | : | |
| PARK, LLC, a Delaware corporation, | : | |
| JACK BRADY, individually and d/b/a KSR | : | |
| MOTOR SPORTS, and PARKWAY | : | |
| GRAVEL, a Delaware corporation, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 24th day of October, 2006, mailed, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

DOCUMENT:

Plaintiff's Supplemental Responses to Defendants, Blue Diamond, LLC's and Parkway Gravel's Interrogatories

Plaintiff's Supplemental Responses to Defendant, Neal Shoemaker's Interrogatories

PERSON:

Roger A. Akin
Akin & Herron, P.A.
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, Delaware 19899

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, Delaware 19801

|  |  |
|---|---|
| Jack Brady<br>P.O. Box 1701<br>Paoli, Pennsylvania 19301 | Colin M. Shalk, Esquire<br>Casarino, Christman & Shalk<br>800 N. King St., Ste. 200<br>P.O. Box 1276<br>Wilmington, DE 19899 |

DOROSHOW, PASQUALE,
 KRAWITZ & BHAYA

By:   /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No.: 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 10/24/06