IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-159-SLR |
| | ) |
| NEAL SHOEMAKER, BLUE DIAMOND, | ) |
| LLC, HOUGHTONS AMUSEMENT PARK | ) |
| LLC, JACK BRADY, individually | ) |
| and d/b/a KSR Motor Sports, | ) |
| BENCHMARK BUILDERS, INC., and | ) |
| PARKWAY GRAVEL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 14th day of November, 2006, the Clerk of Court having issued a default in appearance against defendant Jack Brady pursuant to Fed. R. Civ. P. 55(a);

IT IS ORDERED that a default hearing shall be heard on **Thursday, December 14, 2006, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                           /s/ Sue L. Robinson
                                           United States District Judge