```
                  IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF DELAWARE
DELBERT E. ROLLISON,          )
                              )
     Plaintiff,               )
                              )
     v.                       )    C.A. No. 06-159 SLR
                              )
NEAL SHOEMAKER, an individual,)
BLUE DIAMOND, LLC, a Delaware )
corporation, HOUGHTONS        )
AMUSEMENT PARK, LLC, a        )
Delaware corporation JACK     )
BRADY, individually and d/b/a )
KSR MOTOR SPORTS, BENCHMARK   )
BUILDERS, INC. a Delaware     )
corporation, and PARKWAY      )
GRAVEL, a Delaware            )
corporation,                  )
                              )
     Defendants.              )
```

### RE-NOTICE OF DEPOSITION AD TESTIFICANDUM AND DUCES TECUM

TO:  Arthur M. Krawitz, Esquire      Colin M. Shalk, Esquire
     Matthew R. Fogg, Esquire        Casarino, Christman & Shalk
     Doroshow, Pasquale,             800 North King Street
     Krawitz & Bhaya                 Suite 200
     1202 Kirkwood Highway           P.O. Box 1276
     Wilmington, DE 19805            Wilmington, DE 19899

     Sherry R. Fallon, Esquire       Jack Brady
     Tybout, Redfearn & Pell         P.O. Box 1701
     750 South Madison Street        Paoli, PA 19301
     Suite 400
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of defendant Jack Brady at the offices of Doroshow, Pasquale, Krawitz & Bhaya, located at 1202 Kirkwood Highway, Wilmington, DE 19805, on Friday, November 17, 2006, at 11:00 a.m., or immediately following the deposition of Allen DeCarlo.

**DUCES TECUM:** The witness shall bring with him to the deposition originals or legible copies of any and all documents of any description including but not limited to agreements, correspondence, releases, promotional literature and all other materials and documents in his possession which relate or pertain to "mud drag" and/or "monster truck" competitions at Blue Diamond Park in New Castle, Delaware on or about July 3, 2004.

        **AKIN & HERRON, P.A.**

        <u>/s/ Roger A. Akin</u>
        Roger A. Akin
        Attorney I.D. No. 395
        1220 N. Market Street, Suite 300
        P.O. Box 25047
        Wilmington, DE 19899
        (302) 427-6989
        Attorney for Defendants
        Blue Diamond, LLC and
        Parkway Gravel

Dated: November 16, 2006

H:\tmw5\data\files\Docs\3651.041\RNOD\6017.wpd

```
                  IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF DELAWARE
DELBERT E. ROLLISON,             )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )    C.A. No. 06-159 SLR
                                 )
NEAL SHOEMAKER, an individual,   )
BLUE DIAMOND, LLC, a Delaware    )
corporation, HOUGHTONS           )
AMUSEMENT PARK, LLC, a           )
Delaware corporation JACK        )
BRADY, individually and d/b/a    )
KSR MOTOR SPORTS, BENCHMARK      )
BUILDERS, INC. a Delaware        )
corporation, and PARKWAY         )
GRAVEL, a Delaware               )
corporation,                     )
                                 )
     Defendants.                 )
```

**NOTICE OF SERVICE**

I, **HEREBY CERTIFY** that on this 16th day of November, 2006, a copy of **DEFENDANTS' RE-NOTICE OF DEPOSITION OF DEFENDANT JACK BRADY** was mailed first class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below: served via Lexis/Nexis File upon the following counsel:

| | |
|---|---|
| Arthur M. Krawitz, Esquire | Colin M. Shalk, Esquire |
| Matthew R. Fogg, Esquire | Casarino, Christman & Shalk |
| Doroshow, Pasquale, | 800 North King Street |
| Krawitz & Bhaya | Suite 200 |
| 1202 Kirkwood Highway | P.O. Box 1276 |
| Wilmington, DE 19805 | Wilmington, DE 19899 |

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE 19801

                    **AKIN & HERRON, P.A.**

                    /s/ Roger A. Akin
                    Roger A. Akin
                    Attorney I.D. No. 395
                    1220 N. Market Street, Suite 300
                    P.O. Box 25047
                    Wilmington, DE 19899
                    (302) 427-6989
                    Attorney for Defendants
                    Blue Diamond, LLC and
                    Parkway Gravel

H:\tmw5\data\files\Docs\3651.041\NOS\6018.WPD