# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DELBERT E. ROLLISON,          :

                                    :     **C.A. No.: 06-159 SLR**

                                    :

      Plaintiff,             :

                                      :

v.                                  :     **JURY OF SIX DEMANDED**

                                    :

NEAL SHOEMAKER, as parent and legal  :
guardian of TRAVIS SHOEMAKER,    :
NEAL SHOEMAKER, individually,      :
TRAVIS SHOEMAKER, individually,    :
BLUE DIAMOND, LLC, a Delaware     :
corporation, HOUGHTONS AMUSEMENT :
PARK, LLC, a Delaware corporation,   :
JACK BRADY, individually and d/b/a KSR :
MOTOR SPORTS, and PARKWAY      :
GRAVEL, a Delaware corporation,

      Defendants.

## CERTIFICATE OF SERVICE

     I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this __17th___ day of

___November____, 2006, mailed, two (2) true and correct copies of the following document(s)

addressed to the person(s) listed below:

     DOCUMENT:

     Plaintiff's Second Request for Production Directed to Defendant, Blue Diamond, LLC

     PERSON:

Bruce Herron                      Sherry Ruggiero Fallon
Akin & Herron, P.A.             Tybout, Redfearn & Pell
1220 North Market Street, Suite 300   750 S. Madison Street, Suite 400
P.O. Box 25047                 P.O. Box 2092
Wilmington, Delaware 19899       Wilmington, Delaware 19899


Jack Brady                         Colin M. Shalk
P.O. Box 1701                   Casarino, Christman & Shalk
Paoli, Pennsylvania 19301        800 North King Street, Suite 200
                                 P.O. Box 1276
                                   Wilmington, Delaware 19899

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA


By:   /s/ MATTHEW R. FOGG
ARTHUR M. KRAWITZ (I.D. No.: 2440)
MATTHEW R. FOGG (I.D. No.: 4254)
1202 Kirkwood Highway
Wilmington, DE   19805
(302) 998-0100
Attorneys for Plaintiff

DATED:  11-17-2006