# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6989

www.rabhlaw.com

E-Mail
raa@rabhlaw.com

November 20, 2006

**VIA ELECTRONIC FILING & HAND DELIVERY**
Honorable Sue L. Robinson
U. S. District Judge
United States District Court
Lockbox 31
844 King Street
Wilmington, DE 19801

    **RE:  Rollison v. Shoemaker, et al.**
          **C. A. No. 06-159-SLR**

Dear Judge Robinson:

    This is a personal injury case assigned to Your Honor. This firm represents defendants Blue Diamond, LLC and Parkway Gravel. I am writing to the Court with the consent of all counsel of record in the case.

    At the present time the extant Scheduling Order in this litigation reflects that dispositive motions are due on or before November 25, 2006, with a discovery cut-off of today.

    As the Court is aware, though properly served, co-defendant Jack Brady, individually and d/b/a KSR Motor Sports, remains *pro se* in the litigation. Mr. Brady has persistently avoided his obligations to the Court. Indeed, the Court has scheduled a default hearing with respect to Mr. Brady's status for 8:30 a.m., December 14, 2006.

    Mr. Brady and his business were the promoters of the race car event in which plaintiff sustained his personal injuries. My office has made repeated efforts to seek discovery from and to take the deposition *ad testificandum* and *duces tecum* of Mr. Brady. Mr. Brady has not been cooperative with those efforts.

Honorable Sue L. Robinson
U. S. District Judge
United States District Court
November 20, 2006
Page 2

    Mr. Brady finally confirmed his attendance for his deposition in Wilmington on November 16, 2006. At the 11th hour, Mr. Brady informed my staff that he was traveling and unavailable to be deposed on that date. He then confirmed that he would be present for his deposition on November 17, 2006, at the conclusion of another deposition in the case.

    At 12:39 a.m. on November 17, 2006, Mr. Brady again cancelled his deposition, alleging that he was in Pittsburgh and was unavailable. For the information of the Court, I am attaching the e-mail reflecting Mr. Brady's last minute cancellation as Exhibit 1 to this letter.

    All counsel in the litigation agree that Mr. Brady's testimony has significance in this case. Our clients intend to file a motion for summary judgment which is partially dependent on information which Mr. Brady may provide.

    As a result of these circumstances, all parties are in agreement that, if the Court concurs, the discovery deadline and date for the filing of dispositive motions should be postponed for a relatively brief period to secure Mr. Brady's testimony. We are presently circulating a stipulation among counsel which would reflect a 45-day continuance of certain dates in the amended Scheduling Order in the case.

    As soon as the original of that stipulation is returned to me, we will promptly provide it to the Court for consideration by Your Honor.

    I am of course available if there are any questions.

    Thank you.

                Respectfully submitted,
                 /s/ Roger A. Akin
                 Roger A. Akin

RAA:tad
cc:  Clerk of the Court
     Matthew R. Fogg, Esquire (via fax only)
     Colin M. Shalk, Esquire (via fax only)
     Sherry Ruggiero Fallon, Esquire (via fax only)
     Jack Brady (First Class Mail)

**Roger Akin**

| | |
|---|---|
| From: | "Tracy Dietel" <tad@rabhlaw.com> |
| To: | "Roger Akin" <raa@rabhlaw.com> |
| Sent: | Friday, November 17, 2006 7:48 AM |
| Subject: | Fw: Rollison v. Blue Diamond |

Please see below my message to Jack Brady and his response. Sorry, I tried to get him here...
----- Original Message -----
**From:** JACK Brady
**To:** tad@rabhlaw.com
**Sent:** Friday, November 17, 2006 12:39 AM
**Subject:** RE: Rollison v. Blue Diamond

Sorry Trace,I wont be able to make it today I am stuck in Pittsburgh....tell ALan he should call me back.......

Jack


# KSR MOTORSPORTS

From: *"Tracy Dietel" <tad@rabhlaw.com>*
To: *<jackbrady440@hotmail.com>*
Subject: *Rollison v. Blue Diamond*
Date: *Thu, 16 Nov 2006 10:26:27 -0500*

Good Morning Mr. Brady,

Attached please find Mr. Akin's (attorney for Blue Diamond & Parkway Gravel) Re-notice of your Deposition **rescheduled for tomorrow, November 17, 2006 at 11:00 a.m.** Please call me with any questions or problems. I'll touch base with you later on this afternoon. Thank you.

Tracy A. Dietel
Paralegal
Akin & Herron, P.A.
P.O. Box 25047
Wilmington, DE 19899
VOICE (302)427-6990
FAX (302) 655-3697

<< 6017.wpd >>

Share your latest news with your friends with the Windows Live Spaces friends module.

Exhibit 1

11/17/2006