IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DELBERT E. ROLLISON,              )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )     C.A. No. 06-159 SLR
                                  )
NEAL SHOEMAKER, an individual,)
BLUE DIAMOND, LLC, a Delaware )
corporation, HOUGHTONS            )
AMUSEMENT PARK, LLC, a            )
Delaware corporation JACK         )
BRADY, individually and d/b/a )
KSR MOTOR SPORTS, BENCHMARK       )
BUILDERS, INC. a Delaware         )
corporation, and PARKWAY          )
GRAVEL, a Delaware                )
corporation,                      )
                                  )
     Defendants.                  )

## STIPULATION TO FURTHER AMEND SCHEDULING ORDER

It is hereby stipulated and agreed, by and between the

parties, through their undersigned counsel, that the Amended

Scheduling Order in the above-captioned action be further

amended, subject to the concurrence of the Court, as follows:


     Discovery Cut-off                   January 5, 2007

     Summary Judgment Motions            January 10, 2007


Dororshow, Pasquale                 Casarino, Christman & Shalk
Krawitz & Bhaya


_____             _____
Arthur M. Krawitz, Esquire          Colin M. Shalk, Esquire
Matthew R. Fogg, Esquire            800 N. King St., Suite 200
1202 Kirkwood Highway               P.O. Box 1276
Wilmington, DE 19805                Wilmington, DE 19899

Dated: 11/20/06                     Dated: 11/22/06

Tybout, Redfearn & Pell

_____
Sherry Ruggiero Fallon, Esquire
750 South Madison St., Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092

Dated: 11/22/06


Akin & Herron, P.A.

_____
Roger A. Akin, Esquire
1220 North Market St.
Suite 300
P.O. Box 25047
Wilmington, DE 19899

Dated: 11/20/06


     **IT IS SO ORDERED** this _____ Day of _____, 2006.


_____
U. S. D. J.


H:\tmw5\data\files\Docs\3651.041\STIP\6054.wpd