IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-159 SLR |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | TRIAL BY JURY DEMANDED |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
BLUE DIAMOND, LLC AND PARKWAY GRAVEL, INC.**

Defendants Blue Diamond, LLC and Parkway Gravel, Inc., by and through undersigned counsel, hereby move for summary judgment on the grounds that there are no issues of material fact and that moving defendants are entitled to judgment as a matter of law. Defendants' Opening Brief in Support of their Motion for Summary Judgment is filed simultaneously herewith.

                                            **AKIN & HERRON, P.A.**
                                            /s/Roger A. Akin
                                            Roger A. Akin, Esquire
                                            Bar No. 395
                                            1220 N. Market Street, Suite 300
                                            P.O. Box 25047
                                            Wilmington, DE 19899
                                            (302) 427-6987
                                            Attorney for Defendants
                                            Blue Diamond, LLC and
                                            Parkway Gravel, Inc.

Dated: November 27, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-159 SLR |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | TRIAL BY JURY DEMANDED |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, **HEREBY CERTIFY** that on this 27th day of November, 2006, a copy of **MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS BLUE DIAMOND, LLC AND PARKWAY GRAVEL, INC.** was mailed first class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below: served via Lexis/Nexis File upon the following counsel:

Arthur M. Krawitz, Esquire
Matthew R. Fogg, Esquire
Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Colin M. Shalk, Esquire
Casarino, Christman & Shalk
800 North King Street
Suite 200
P.O. Box 1276
Wilmington, DE 19899

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE 19801

**AKIN & HEBRON, P.A.**
/s/Roger A. Akin
Roger A. Akin, Esquire
Bar No. 395
1220 N. Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants
Blue Diamond, LLC and
Parkway Gravel, Inc.