IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | C.A. No.: 06-159 SLR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NEAL SHOEMAKER, as parent and | ) | |
| legal guardian of TRAVIS SHOEMAKER, | ) | |
| NEAL SHOEMAKER, individually, | ) | |
| TRAVIS SHOEMAKER, individually, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | JURY TRIAL DEMANDED |
| corporation; HOUGHTONS AMUSEMENT | ) | |
| PARK, LLC, a Delaware corporation; | ) | |
| JACK BRADY, individually and | ) | |
| d/b/a KSR MOTOR SPORTS; | ) | |
| and PARKWAY GRAVEL, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER OF DEFENDANTS NEAL SHOEMAKER AND TRAVIS SHOEMAKER IN, OR IN THE ALTERNATIVE, IN LIMITED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF CO-DEFENDANTS, BLUE DIAMOND, LLC AND PARKWAY GRAVEL, INC.**

Defendants Neal and Travis Shoemaker, by and through their undersigned counsel, hereby join with Co-defendants, Blue Diamond, LLC and Parkway Gravel, Inc., in moving for summary judgment on the basis that the moving defendants are entitled to judgment as a matter of law.

In the alternative, the Defendants, Neal and Travis Shoemaker, respectfully request that the Court deny, in part, the Motion for Summary Judgment of the Co-defendants, Blue Diamond, LLC, and Parkway Gravel, Inc.,on the basis that there are material issues of fact with regard to the negligence of the Co-defendants.

The Answering Brief of Defendants Neal and Travis Shoemaker

In support of Their Joinder In, or In The Alternative, In Limited Opposition to Motion for Summary Judgment of Co-Defendants, Blue Diamond, LLC and Parkway Gravel, Inc., is filed simultaneously herewith.

                                **TYBOUT, REDFEARN & PELL**

/s/ Sherry Ruggiero Fallon
                                SHERRY RUGGIERO FALLON
                                (BAR ID# 2464)
                                750 S. Madison St., Suite 400
                                P.O. Box 2092
                                Wilmington, DE   19899-2092
                                (302)658-6901
                                Attorneys for Defendants,
                                Neal Shoemaker and Travis Shoemaker

12/11/06

## CERTIFICATE OF SERVICE

I, Sherry Ruggiero Fallon, hereby certify that, on this 11th day of December, 2006, I have caused to be served upon the following, in the manner indicated below, two (2) true and correct copies of the attached document:

**Electronic Service Via**
**Lexis-Nexis File and Serve**

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Colin M. Shalk #99
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorneys for Benchmark Builders, Inc.

Roger A. Akin #395
Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Blue Diamond, LLC and Parkway Gravel, Inc.

**First Class U.S. Mail**

Jack Brady
P.O. Box 1701
Paoli, PA 19301

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON
(BAR ID# 2464)
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendants,
Neal Shoemaker and Travis Shoemaker