**Law Offices**

**DOROSHOW PASQUALE KRAWITZ & BHAYA**

ERIC M DOROSHOW *
ROBERT PASQUALE *
ARTHUR M. KRAWITZ **
SHAKUNTLA L. BHAYA *
MARY C BOUDART
DONALD E GREGORY
DEBRA C ALDRICH *
DONALD E MARSTON
ANDREA G GREEN
JESSICA LEWIS WELCH

• • • • •

ANGELA PINTO ROSS
KAREN Y VICKS **
MATTHEW R. FOGG +
CYNTHIA H PRUITT
NINA PAPPOULIS
TARA A. BLAKELY
JENNIFER S DONAHUE +
DEBORAH J GALONSKY, +
JENNIFER M. MENSINGER
TARA E BUSTARD, 00
CHRISTINA L YEAGER, ++
NICOLE M. EVANS

* Admitted in PA also
** Admitted in PA & NJ also
+ Admitted in NJ also
++ Admitted in NJ only
00 Admitted in PA & NJ only

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S DuPont Highway
P O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

World Wide Web
www.dplaw.com

December 12, 2006

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE 19805

e-mail:
artkrawitz@dplaw.com

Direct dial:
302-636-4414

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801
**via: E-FILING and BY HAND**

    RE:    Delbert Rollison v. Neal Shoemaker, Blue Diamond, LLC,
             Houghton's Amusement Park, LLC, Jack Brady, Motor Sports,
             Benchmark Builders, Inc. and Parkway Gravel
             <u>C.A. No.: 06-159 SLR</u>

Dear Judge Robinson:

       I am writing to the court to address a scheduling issue in this case. A motion for default judgment against Jack Brady is scheduled to be heard on Thursday, December 14, 2006.

       After discussion with counsel, I request that the court remove this default hearing from the calendar. There is no objection from counsel in the case.

       The plaintiff suggests that the case proceed as scheduled and if a default hearing is necessary, the plaintiff will request a default hearing.

       It is the intent of the parties not to unnecessarily take up any of the Court's time. Thank you for your consideration.

Respectfully submitted,

ARTHUR M. KRAWITZ

AMK:lct
cc:    Sherry Ruggiero Fallon, Esquire (via fax: 658-4018)
       Roger A. Akin, Esquire (via fax: 655-3697)
       Colin M. Shalk, Esquire (via fax: 594-4509)
       Jack Brady
       Delbert Rollison

F:\PUBLIC\WORD\LETTERS\w1211amk.doc