# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
———————

DEBORAH C. SELLIS

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE  19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6989

www.rabhlaw.com

E-Mail
raa@rabhlaw.com

December 13, 2006

**VIA ELECTRONIC FILING**
Honorable Sue L. Robinson
U. S. District Judge
United States District Court
Lockbox 31
844 King Street
Wilmington, DE 19801

    **RE:  Rollison v. Shoemaker, et al.**
          **C. A. No. 06-159-SLR**

Dear Judge Robinson:

    Our office inadvertently failed to include a page from the Deposition Transcript of Neal Shoemaker in the Appendix to the Opening Brief of Defendants Blue Diamond, LLC and Parkway Gravel, Inc. in Support of Their Motion for Summary Judgment with respect to the above matter.

    Accordingly, attached is supplement of the Deposition Transcript of Neal Shoemaker in Defendants' Appendix at A-34.

    Thank you for your consideration with respect to this matter.  We apologize for any inconvenience which may have been caused.

                          Respectfully submitted,
                          /s/ Roger A. Akin
                          Roger A. Akin

RAA:tad
Attachment
cc: Clerk of the Court
    Matthew R. Fogg, Esquire (via fax only)
    Colin M. Shalk, Esquire (via fax only)
    Sherry Ruggiero Fallon, Esquire (via fax only)
    Jack Brady (First Class Mail)

H:\tmw5\data\files\Docs\3651.041\CORR\6132.wpd

Page 26

```
 1      A.   To start the events.  We were on our way out
 2 to start it.
 3      Q.   As you're pushing the mud racer, can you see
 4 in front of the mud racer as you're pushing it from the
 5 4-wheeler?
 6      A.   Yes.
 7      Q.   Do you have any problems seeing over that fin
 8 on the back of your mud racer?
 9      A.   No.
10      Q.   As Travis is steering the mud racer, was there
11 any method of communication between Travis and yourself
12 seven feet behind the mud racer pushing it?
13      A.   No.
14      Q.   As you were pushing the vehicle to the
15 starting area, were there a lot of other people walking
16 around in the area?
17      A.   Yes.
18      Q.   Mr. Shoemaker -- and feel free to use the
19 diagram that's in Shoemaker 2.  Can you describe what
20 happened on July 3rd, 2004 as you were pushing your mud
21 racer to the racer lineup?
22      A.   We were pushing across.  Once we got off the
23 paved road onto the dirt, there was a bunch of chaos.
24 Monster trucks were running very close by coyboying, and
```