IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-159 SLR |
| | ) | |
| NEAL SHOEMAKER, an individual, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | |
| corporation, HOUGHTONS | ) | |
| AMUSEMENT PARK, LLC, a | ) | |
| Delaware corporation JACK | ) | |
| BRADY, individually and d/b/a | ) | |
| KSR MOTOR SPORTS, BENCHMARK | ) | |
| BUILDERS, INC. a Delaware | ) | |
| corporation, and PARKWAY | ) | |
| GRAVEL, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION AD TESTIFICANDUM AND DUCES TECUM**

TO:  Arthur M. Krawitz, Esquire        Colin M. Shalk, Esquire
     Matthew R. Fogg, Esquire          Casarino, Christman & Shalk
     Doroshow, Pasquale,                800 North King Street
     Krawitz & Bhaya                    Suite 200
     1202 Kirkwood Highway              P.O. Box 1276
     Wilmington, DE 19805               Wilmington, DE 19899

     Sherry R. Fallon, Esquire          Jack Brady
     Tybout, Redfearn & Pell            P.O. Box 1701
     750 South Madison Street           Paoli, PA 19301
     Suite 400
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of defendant Jack Brady at the offices of Akin & Herron, P.A., located at 1500 Shallcross Avenue, Suite 1-A, Wilmington, Delaware 19806, on **Wednesday, January 3, 2007, at 1:00 p.m.**

**DUCES TECUM:** The witness shall bring with him to the deposition originals or legible copies of any and all documents of any description including but not limited to agreements, correspondence, releases, promotional literature and all other materials and documents in his possession which relate or pertain to "mud drag" and/or "monster truck" competitions at Blue Diamond Park in New Castle, Delaware on or about July 3, 2004.

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin
Attorney I.D. No. 395
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6989
Attorney for Defendants
Blue Diamond, LLC and
Parkway Gravel

Dated: December 14, 2006

H:\tmw5\data\files\Docs\3651.041\NOD\6275.wpd

```
                   IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF DELAWARE
DELBERT E. ROLLISON,           )
                               )
     Plaintiff,                )
                               )
     v.                        )    C.A. No. 06-159 SLR
                               )
NEAL SHOEMAKER, an individual,)
BLUE DIAMOND, LLC, a Delaware  )
corporation, HOUGHTONS         )
AMUSEMENT PARK, LLC, a         )
Delaware corporation JACK      )
BRADY, individually and d/b/a  )
KSR MOTOR SPORTS, BENCHMARK    )
BUILDERS, INC. a Delaware      )
corporation, and PARKWAY       )
GRAVEL, a Delaware             )
corporation,                   )
                               )
     Defendants.               )
```

## NOTICE OF SERVICE

I, **HEREBY CERTIFY** that on this 14<u>th</u> day of December, 2006, a copy of **DEFENDANTS' NOTICE OF DEPOSITION OF DEFENDANT JACK BRADY** was mailed first class to the following party:

Jack Brady
P.O. Box 1701
Paoli, PA 19301

and was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to counsel listed below: served via Lexis/Nexis File upon the following counsel:

| | |
|---|---|
| Arthur M. Krawitz, Esquire | Colin M. Shalk, Esquire |
| Matthew R. Fogg, Esquire | Casarino, Christman & Shalk |
| Doroshow, Pasquale, | 800 North King Street |
| Krawitz & Bhaya | Suite 200 |
| 1202 Kirkwood Highway | P.O. Box 1276 |
| Wilmington, DE 19805 | Wilmington, DE 19899 |

Sherry R. Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street
Suite 400
Wilmington, DE 19801

**AKIN & HERRON, P.A.**

/s/ Roger A. Akin
Roger A. Akin
Attorney I.D. No. 395
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6989
Attorney for Defendants
Blue Diamond, LLC and
Parkway Gravel

H:\tmw5\data\files\Docs\3651.041\NOS\6276.WPD