

ERIC M DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M KRAWITZ, DE, PA
SHAKUNTLA L BHAYA DE PA
MARY C BOUDART, DE
DONALD E GREGORY, DE
DEBRA C ALDRICH, DE, PA
DONALD E MARSTON DE
ANDREA G GREEN, DE, MD
JESSICA LEWIS WELCH, DE
• • • • •
ANGELA PINTO ROSS DE
KAREN Y VICKS, DE, NJ, PA
MATTHEW R FOGG, DE, NJ
CYNTHIA H PRUITT, DE
NINA PAPPOULIS, DE
TARA A BLAKELY, DE
JENNIFER S DONAHUE, DE, NJ
DEBORAH J GALONSKY, DE, NJ
JENNIFER M MENSINGER, DE
TARA E BUSTARD, DE, NJ, PA
CHRISTINA L YEAGER, NJ
NICOLE M EVANS DE

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S DuPont Highway
P O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

World Wide Web
www.dplaw.com

December 21, 2006

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE  19805

Writer's Direct E-Mail:
mattfogg@dplaw.com

The Honorable Sue L. Robinson
Federal District Court
844 North King Street
Wilmington, DE 19801
**VIA E-FILING**

RE:    Delbert Rollison v. Neal Shoemaker et. al.
       C.A. No.:  06-159 SLR

Dear Judge Robinson:

I write to follow up on the status conference which took place before your Honor on December 14, 2006. Your Honor brought to the parties attention that no Amended Complaint had been filed with respect to the minor defendant. I represented to the Court that I would review my file and respond. Upon reviewing the file, it appears that a Stipulation to Amend the Complaint was circulated but was not signed by all parties. I have spoken to the minor's attorney and there is no objection to filing a Stipulation to Amend the Complaint at this time. As your Honor knows, the Court has ordered the deposition of Defendant, Jack Brady to take place on January 3, 2007. I intend to have the Stipulation to Amend the Complaint as well as the Stipulation to Amend the Trial Scheduling Order signed by all parties at that time. Furthermore, pursuant to the Court's direction, the minor defendant will be named by initials only.

Should your Honor wish to discuss this matter further, please feel free to contact me.

Respectfully submitted,

MATTHEW R. FOGG
Attorney at Law

MRF/slr
cc: Sherry R. Fallon, Esqurie
    Roger A. Aiken, Esquire
    Colin M. Shalk, Esquire
    Jack Brady
W1220MRF