OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

### DEFICIENCY NOTICE

DATE: 1/23/07

TO: Colin M. Shalk, Esq.

RE: CA# 06-159-SLR   CASE CAPTION: Rollinson v. Shoemaker, et al.

Please note that a document submitted for filing (or courtesy copy thereof) in the above noted case *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices:   ☑ **The Court will take no action on subject document until discrepancies are corrected.**

or   ☐ **Corrective action has been taken by the Court, however future filings should address these concerns.**

☐ D.I.#_____ Courtesy copy not received by end of next business day.

☐ D.I.#_____ Document or courtesy copy not properly bound (rubber bands/clips not acceptable).

☐ D.I.#_____ Notice of Filing Paper or Multi-media Materials filed; items not yet received.

☐ D.I.#_____ Redacted copy of sealed document not filed within 5 business days.

☐ D.I.#_____ Pro Hac Vice fee not paid for attorney(s)_____.

☐ D.I.#_____ Attorney account used to file document does not agree with the signature /s/ on document.

☑ D.I.# 105 Certificate of Service (when required) was not included as last page of the document.

☐ D.I.#_____ Certificate of Service (when required) does not show service on all NON-electronic parties.

☐ D.I.#_____ No electronic /s/ signature or actual signature of filer(s) found in all applicable blocks.

☐ D.I.#_____ Discovery document(s) erroneously filed. Document will be removed from the docket.

☐ D.I.#_____ L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐ D.I.#_____ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ D.I.#_____ Brief does not conform to local rules:_____.

☐ D.I.#_____ Document(s) on CD exceeds maximum file size of 4.0 megabytes. Please divide document into multiple pdf. segments under 4.0 MB each and resubmit to Clerk for filing.

☐ D.I.#_____ Sealed documents not properly presented for filing -_____.

☐ D.I.#_____ Document is not in a readable PDF format. Please correct and resubmit to Clerk's Office.

☑ D.I.# 105 Jack Brady, Pro Se, must sign the stipulation or be served the stipulation. DI 105 lacks signature AND certificate of service.

If there are any questions concerning this matter, contact the Clerk's Office, at 573-6170. Also, refer to *ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

(DEFICIENCY NOTICE - Rev. 11/06)

F. Iasone
Deputy Clerk