IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| | : |
| Plaintiff, | : C.A. No. 06-159-SLR |
| | : |
| v. | : |
| | : |
| NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware Corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware Corporation, JACK BRADY, an individual and d/b/a KSR MOTOR SPORTS, and PARKWAY GRAVEL, a Delaware Corporation, | : TRIAL BY JURY OF : SIX DEMANDED : : : : |
| | : |
| Defendants. | : |

## STIPULATION AND ORDER TO VACATE DEFAULT

AND NOW COME the parties by and through counsel and stipulate to vacate the default judgment entered against Houghtons Amusement Park LLC on or about May 24, 2006 subject to the approval of the Court.

DOROSHOW PASQUALE KRAWITZ & BHAYA

_____
ARTHUR M. KRAWITZ, ESQUIRE
1202 Kirkwood Highway
Wilmington, DE 19805
Attorney for Plaintiff

TYBOUT REDFEARN & PELL

_____
SHERRY RUGGERIO FALLON, ESQUIRE  #2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899
Attorney for Defendant Shoemaker

CASARINO, CHRISTMAN & SHALK, P.A.

_____
COLIN M. SHALK, ESQUIRE
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant Houghtons

AKIN & HERRON, P.A.

_____
ROGER A. AKIN, ESQUIRE
1220 North Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorney for Defendant Blue Diamond

SO ORDERED this _____ day of _____, 2006

_____
Sue L. Robinson, J.

## CERTIFICATE OF SERVICE

I, COLIN M. SHALK, ESQUIRE, hereby certify that I have had e-filed as well as deposited in the mailbox at 800 North King Street in Wilmington, Delaware on this 23rd day of January, 2007, two true and correct copies of the parties' Stipulation to Vacate Default Judgment to counsel of record:

Arthur M. Krawitz, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Roger A. Akin, Esquire
Akin & Herron
1220 North Market Street, Suite 300
P.O. Box 25047
Wilmington, DE 19899

Sherry Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19801

Jack Brady
KSR Motor Sports
P.O. Box 1701
Paoli, PA 19301

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Colin M. Shalk
_____
COLIN M. SHALK, ESQUIRE
Bar ID No. 99
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Houghtons Amusement