IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-159-SLR |
| NEAL SHOEMAKER, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **9th** day of February, **2007**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, February 13, 2007 at 8:00 a.m.** with Judge Thynge.  **Sherry Ruggiero Fallon, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE