IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON,  :  <br>  :  C.A. No.: 06-159 SLR<br>    Plaintiff,  :  <br>  :  <br>v.  :  <br>  :  <br>NEAL SHOEMAKER, an individual, BLUE  :  **JURY OF SIX DEMANDED**<br>DIAMOND, LLC, a Delaware corporation,  :  <br>HOUGHTONS AMUSEMENT PARK,  :  <br>LLC, a Delaware corporation, JACK  :  <br>BRADY, individually and d/b/a KSR<br>MOTOR SPORTS, BENCHMARK<br>BUILDERS, INC., a Delaware corporation,<br>and PARKWAY GRAVEL, a Delaware<br>corporation, <br>    Defendants. | |

## NOTICE OF VIDEO DEPOSITION FOR TRIAL

TO:    Sherry Ruggerio-Fallon, Esquire         Rodger A. Akin, Esquire
       Tybout, Redfearn & Pell                 Akin & Herron, P.A.
       750 South Madison Street, Suite 400     1220 North Market Street, Suite 300
       Wilmington, Delaware 19801              Wilmington, Delaware 19899

       Colin M. Shalk, Esquire
       Casarino, Christman & Shalk
       800 North King Street, Suite 200
       Wilmington, Delaware 19899

PLEASE TAKE NOTICE that Counsel for the Plaintiff will take the videotaped

deposition of **Randolph B. Cook, M.D.** on **Wednesday, April 11, 2007 beginning at 4:15 p.m**.

This deposition will be held at the doctor's office located at 21785 Filigree Court, Suite 103,

Ashburn, Virginia.

```
                                        DOROSHOW, PASQUALE,
                                        KRAWITZ & BHAYA

DATED: 2/13/07            By:    /s/ Matthew R. Fogg, Esquire
                                 ARTHUR M. KRAWITZ, ESQUIRE (I.D. 2440)
                                 MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
                                 1202 Kirkwood Highway
                                 Wilmington, DE  19805
                                 (302) 998-0100
                                 Attorneys for Plaintiff
                                 Arthurkrawitz@dplaw.com
                                 Mattfogg@dplaw.com
```

cc: Mar Reporting Group, Court Reporters

**NOTE: A videotaped deposition is being taken in lieu of the doctor's live testimony at trial scheduled to begin 4/16/07.**

F:\PUBLIC\WORD\PLEADING\Rollison, Delbert - Notice of Video Deposition for Trial– Dr Cook– 4-11-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELBERT E. ROLLISON,<br><br>    Plaintiff,<br><br>v.<br><br>NEAL SHOEMAKER, an individual, BLUE DIAMOND, LLC, a Delaware corporation, HOUGHTONS AMUSEMENT PARK, LLC, a Delaware corporation, JACK BRADY, individually and d/b/a KSR MOTOR SPORTS, BENCHMARK BUILDERS, INC., a Delaware corporation, and PARKWAY GRAVEL, a Delaware corporation,<br><br>    Defendants. | C.A. No.: 06-159 SLR<br><br><br><br>**JURY OF SIX DEMANDED** |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 13th day of FEBRUARY, 2007 sent via e-File and U.S. Mail two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT**:

Notice of Video Deposition for Trial – Dr. Cook

**PERSONS**:

Sherry Ruggerio-Fallon, Esquire
Tybout, Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, Delaware 19801

Rodger A. Akin, Esquire
Akin & Herron, P.A.
1220 North Market Street, Suite 300
Wilmington, Delaware 19899

Colin M. Shalk, Esquire
Casarino, Christman & Shalk
800 North King Street, Suite 200
Wilmington, Delaware 19899

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg, Esquire
MATTHEW R. FOGG, ESQUIRE (I.D. 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100