

**Law Offices**

**DOROSHOW PASQUALE KRAWITZ & BHAYA**
Est. 1978

ERIC M. DOROSHOW, DE, PA, DC
ROBERT PASQUALE, DE, PA
ARTHUR M. KRAWITZ, DE, PA
SHAKUNTLA L. BHAYA, DE, PA
DONALD E. GREGORY, DE
DEBRA C. ALDRICH, DE, PA
DONALD E. MARSTON, DE
ANDREA G. GREEN, DE, MD
JESSICA LEWIS WELCH, DE
• • • • •
ANGELA PINTO ROSS, DE
KAREN Y. VICKS, DE, NJ, PA
MATTHEW R. FOGG, DE, NJ
CYNTHIA H. PRUITT, DE
NINA PAPPOULIS, DE
TARA A. BLAKELY, DE
JENNIFER S. DONAHUE, DE, NJ
DEBORAH J. GALONSKY, DE, NJ
TARA E. BUSTARD, DE, NJ, PA
NICOLE M. EVANS, DE

---

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

---

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE   19805

Writer's E-mail:
MattFogg@dplaw.com

March 15, 2007

Via Electronic Filing
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> RE:    Delbert E. Rollison, Jr. v. Neal Shoemaker, et al.
>        C.A. No.: 06-159-SLR

Dear Judge Robinson:

Arthur Krawitz and I represent the Plaintiff, Delbert Rollison with respect to the above matter.  Plaintiff is in receipt of Defendant Parkway Gravel & Blue Diamond's Motion for Sanctions against Defendant, Jack Brady D/B/A, KSR Motor Sports.

Plaintiff takes no position with respect to this Motion.

Very truly yours,

MATTHEW R. FOGG
Attorney at Law

MRF:mle
cc:    Delbert (Gene) E. Rollison, Jr.
       Roger A. Akin, Esquire
       Colin M. Shalk, Esquire
       Sherry Ruggiero Fallon, Esquire
       Jack Brady

F:\public\word\LETTERS\w0314mrf.doc