IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | C.A. No.: 06-159 SLR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NEAL SHOEMAKER, individually, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | TRIAL BY JURY OF TWELVE |
| corporation; HOUGHTONS AMUSEMENT | ) | DEMANDED |
| PARK, LLC, a Delaware corporation; | ) | |
| JACK BRADY, individually and | ) | |
| d/b/a KSR MOTOR SPORTS; | ) | |
| and PARKWAY GRAVEL, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, NEAL SHOEMAKER'S JOINDER IN MOTION OF DEFENDANTS PARKWAY GRAVEL AND BLUE DIAMOND FOR SANCTIONS AGAINST DEFENDANT JACK BRADY d/b/a KSR MOTOR SPORTS**
<u>PURSUANT TO FED.R.CIV.P. 16(f) AND 37(b)(D.I.#111)</u>

Defendant, Neal Shoemaker, respectfully joins in Motion of Defendants, Parkway Gravel and Blue Diamond for Sanctions Against Defendant Jack Brady d/b/a KSR Motor Sports Pursuant to Fed.R.Civ.P. 16(f) and 37(b),(D.I. #111), and requests that the Court enter a judgment by default against defendant Jack Brady d/b/a KSR Motor Sports and further order such relief as may be just and equitable under the circumstances.

Respectfully submitted,

TYBOUT, REDFEARN & PELL

SHERRY RUGGIERO FALLON #2464
750 South Madison Street #400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Defendants,
Neal Shoemaker his minor child

3/19/07

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be served by First Class Postage Pre-paid U.S. Mail, on this 19th day of March, 2007, two (2) true and correct copies of the attached document addressed to:

Matthew R. Fogg #4254
Doroshow Pasquale, Krawitz &
Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805
Attorneys for Plaintiff

Roger A. Akin #395
Bruce C. Herron #2315
Akin & Herron, P.A.
1220 N. Market Street, #300
P.O. Box 25047
Wilmington, DE 19899
Attorneys for Blue Diamond LLC
and Parkway Gravel

Jack Brady
P.O. Box 1701
Paoli, PA 19301
Pro Se Defendant

Colin M. Shalk #99
Casarino, Christman & Shalk, P.A.
800 North King Street
P.O. Box 1276
Wilmington, DE 19899
Attorneys for Houghton's
Amusement Park, LLC

TYBOUT, REDFEARN & PELL

_/s/ Sherry Ruggiero Fallon_
SHERRY RUGGIERO FALLON
(ID# 2464)
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE  19899-2092
(302)658-6901
Attorneys for Defendant,
Neal Shoemaker and minor child