IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | : | |
| | : | C.A. No.: 06-159 SLR |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEAL SHOEMAKER, an individual, | : | **JURY OF SIX DEMANDED** |
| BLUE DIAMOND, LLC, a Delaware | : | |
| corporation, HOUGHTONS AMUSEMENT | : | |
| PARK, LLC, a Delaware corporation, | : | |
| JACK BRADY, individually and d/b/a KSR | : | |
| MOTOR SPORTS, BENCHMARK | : | |
| BUILDERS, INC., a Delaware corporation, | : | |
| and PARKWAY GRAVEL, a Delaware | : | |
| corporation, | : | |
| | : | |
| Defendants. | | |

## STIPULATION TO AMEND COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys, hereby stipulate to allow the Plaintiff to amend his complaint to add a claim against the minor defendant, Travis Shoemaker.

| | |
|---|---|
| DOROSHOW, PASQUALE KRAWITZ & BHAYA | TYBOUT, REDFEARN & PELL |
| By: _____ ARTHUR M. KRAWITZ (2440) MATTHEW R. FOGG (4254) 1202 Kirkwood Highway Wilmington, Delaware 19805 (302) 998-0100 Attorneys for Plaintiff | By: _____ (4723) SHERRY FALLON (2464) 750 South Madison Street, Suite 400 Wilmington, DE 19801 (302) 658-6901 Attorney for Defendant, Neal Shoemaker |
| DATED: | DATED: |

AKIN & HERRON, P.A.

By: _____  By: _____
ROGER A. AKIN (395)                JACK BRADY, Pro Se
1220 North Market Street, Suite 300   P.O. Box 1701
P.O. Box 25047                     Paoli, PA 19301
Wilmington, DE 19899
(302) 427-6987
Attorney for Defendants,
Blue Diamond, LLC and
Parkway Gravel

CASARINO, CHRISTMAN & SHALK

By: _____
COLIN M. SHALK (99)
800 N. King Street, Ste. 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant, Houghtons Amusements

IT IS SO ORDERED this _____ day of _____, 2007.

_____
JUDGE

PLEADING\Rollison, Delbert- Stip to Amend