# CASARINO, CHRISTMAN & SHALK, P.A.

ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

March 29, 2007

<u>Via Electronic Filing</u>
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: **Rollison v. Blue Diamond et al.**
**C.A. No. 06-159 SLR**

Dear Judge Robinson:

This office represents Houghton Amusements in this case. For some time I've been discussing with Plaintiffs' counsel the prospect of letting Houghton Amusements out of the case. Matthew Fogg and I spoke earlier today and his clients have agreed to dismiss my client. I called to discuss this with Roger Akin but he wasn't available and I left a voice mail for him. Sherry Fallon is on vacation until Monday. Given Mr. Brady's minimal involvement in this case so far and the pending motion for sanctions against him, I did not call Mr. Brady.

The pretrial stipulation is due tomorrow for a pretrial conference on April 4 at 4:30 p.m. I'm going to be on vacation from April 2 through April 6, 2007, and I planned to complete my portion of the pretrial stipulation and have one of my associates or partners attend the pretrial conference for me if my client was still in the case as of next Wednesday. As I said, the plaintiff's have agreed to dismiss Houghton Amusements from the case. Concurrent with this letter, I'm circulating a stipulation of dismissal to Ms. Fallon and Mr. Akin and unless there's some difficulty, I'll file it immediately upon receipt.

Sincerely yours,

Colin M. Shalk

CMS/djr

cc: Clerk of the Court
    Arthur M. Krawitz, Esquire
    Matthew Fogg, Esquire
    Roger A. Akin, Esquire
    Sherry Fallon, Esquire
    Mr. Jack Brady