# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

March 30, 2007

Via Electronic Filing
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: Rollison v. Blue Diamond et al.
C.A. No. 06-159 SLR

Dear Judge Robinson:

I wrote yesterday to say that the plaintiffs have agreed to the dismissal of my client Houghton Amusements. Roger Akin the attorney for Blue Diamond and Parkway Gravel has written to inform me that his clients do not oppose the dismissal of my client. I know that Ms. Fallon is on vacation until Monday and she can state her position upon her return.

Respectfully submitted,

Colin M. Shalk

CMS/djr

cc: Clerk of the Court
    Arthur M. Krawitz, Esquire
    Matthew Fogg, Esquire
    Roger A. Akin, Esquire
    Sherry Fallon, Esquire
    Mr. Jack Brady