

April 3, 2007

**VIA E-FILING**
Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

    RE:    **Delbert Rollison v. Neal Shoemaker, et. al.**
             C.A. No.: 06-159 SLR

Dear Judge Robinson:

    Arthur Krawitz and I represent the plaintiff, Delbert Rollison, with respect to the above-matter. Trial is currently scheduled to commence on April 16, 2007. Also pending before Your Honor is a Motion for Summary Judgment filed by the defendants. A Pre-Trial Conference is also scheduled before Your Honor on Wednesday, April 4, 2007 at 4:30 p.m.

    Plaintiff has resolved his claims with all of the defendants. Therefore, there is no need for Your Honor to issue a decision on the pending Motion for Summary Judgment.

    There are remaining claims of some of the defendants against defendant, Jack Brady. I am not certain as to whether the other defendants wish to continue to pursue those claims. However, as all matters involving the plaintiff have now resolved, plaintiff and plaintiff's counsel do not anticipate attending the Pre-Trial Conference tomorrow. A Stipulation of Dismissal will be circulated among the parties.

    Should Your Honor wish to discuss this matter further, please feel free to contact me.

Respectfully Submitted,

MATTHEW R. FOGG

Cc: Roger A. Akin, Esquire
     Sherry R. Fallon, Esquire
     Colin M. Shalk, Esquire
     Jack Brady
     Delbert Rollison