LAW OFFICES

# TYBOUT, REDFEARN & PELL

DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN, JR.
DANIELLE K. YEARICK
DENNIS J. MENTON

750 S. MADISON STREET
SUITE 400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
WILLIAM R. BAKER, JR.
ROBERT M. GREENBERG

Of Counsel:
B. WILSON REDFEARN
RICHARD W. PELL

Direct Dial: 657-5530
E-mail: sfallon@trplaw.com

April 3, 2007

**E-FILE**
The Honorable Sue L. Robinson
United States District Court for
the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:   <u>Delbert E. Rollison v. Neal Shoemaker, as parent
and legal guardian of Travis Shoemaker, Neal Shoemaker,
individually, Travis Shoemaker, individually,
Blue Diamond, LLC, Houghtons Amusement Park, LLC,
Jack Brady individually and d/b/a KSR Motor Sports,
and Parkway Gravel</u>
        C.A. No.: 06-CV00159 SLR
        Date of Loss: July 3, 2004

Dear Judge Robinson:

    In Matt Fogg's correspondence of April 3, 2007, he advised of resolution of the plaintiff's claims against all defendants.

    I am writing to advise Your Honor that my clients, the Shoemaker defendants, will dismiss their crossclaim against Jack Brady, only, without prejudice. All other crossclaims will be dismissed <u>with</u> prejudice.

    Therefore, I respectfully request to be excused from attending the Pretrial Conference on **Wednesday, April 4, 2007**, at **4:30 p.m.**

    Thank you for Your Honor's consideration.

                              Respectfully submitted,

                              SHERRY RUGGIERO FALLON
                              Bar ID # 2464

SRF/nmk

cc:  Matthew R. Fogg, Esquire
     Roger A. Akin, Esquire
     Colin M. Shalk, Esquire
     Mr. Jack Brady
     Clerk of the Court