# AKIN & HERRON, P.A.

### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

April 4, 2007

**VIA ELECTRONIC FILING & FIRST CLASS MAIL**
Honorable Sue L. Robinson
U. S. District Judge
United States District Court
844 King Street, Lockbox 31
Wilmington, DE 19801

> **RE: Rollison v. Shoemaker, et al.**
> **C. A. No. 06-159-SLR**

Dear Judge Robinson:

Plaintiff's attorney has advised the Court of the resolution of plaintiff's claims against all defendants.

Defendants Blue Diamond, LLC and Parkway Gravel will dismiss their cross-claim against defendant Jack Brady without prejudice. Defendants Blue Diamond, LLC and Parkway Gravel will dismiss all other cross-claims asserted against co-defendants with prejudice.

Respectfully submitted,

/s/ Bruce C. Herron
Attorney for Defendants
Blue Diamond, LLC and Parkway Gravel

BCH:tad
cc: Clerk of the Court (via first class mail)
     Roger A. Akin, Esquire (via electronic filing)
     Matthew R. Fogg, Esquire (via electronic filing)
     Colin M. Shalk, Esquire (via electronic filing)
     Sherry Ruggiero Fallon, Esquire (via electronic filing)
     Jack Brady (via first class mail)

H:\tmw5\data\files\Docs\3651.041\CORR\7281.wpd