IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELBERT E. ROLLISON, | ) | C.A. No.: 06-159 SLR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NEAL SHOEMAKER, as parent and | ) | |
| legal guardian of TRAVIS SHOEMAKER, | ) | |
| NEAL SHOEMAKER, individually, | ) | |
| TRAVIS SHOEMAKER, individually, | ) | |
| BLUE DIAMOND, LLC, a Delaware | ) | JURY TRIAL DEMANDED |
| corporation; HOUGHTONS AMUSEMENT | ) | |
| PARK, LLC, a Delaware corporation; | ) | |
| JACK BRADY, individually and | ) | |
| d/b/a KSR MOTOR SPORTS; | ) | |
| and PARKWAY GRAVEL, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and among the parties that all claims asserted by the Plaintiff, Delbert E. Rollison, against Defendants, Neal Shoemaker, as parent and legal guardian of Travis Shoemaker; Neal Shoemaker, individually; Travis Shoemaker, individually; Blue Diamond, LLC; Houghtons Amusements Park, LLC; and Parkway Gravel, and all crossclaims asserted by and against the foregoing Defendants, are hereby dismissed, with prejudice.

However, all parties' claims and Crossclaims, against Defendant, Jack Brady, are dismissed, without prejudice.

| | |
|---|---|
| DOROSHOW, PASQUALE, KRAWITZ & BHAYA<br><br>/s/ M. R. Fogg<br>_____<br>ARTHUR M. KRAWITZ - Bar ID # 2440<br>MATTHEW R. FOGG - Bar ID # 4254<br>1202 Kirkwood Highway<br>Wilmington, DE 19805<br>(302) 998-0100<br>Attorneys for Plaintiff,<br>Delbert E. Rollison | AKIN & HERRON, P.A.<br><br>/s/ Roger A. Akin<br>_____<br>ROGER A. AKIN - Bar ID # 395<br>1500 Shallcross Avenue<br>Suite 1-A<br>Wilmington, DE 19806<br>(302) 655-5552<br>Attorneys for Defendants,<br>Blue Diamond, LLC and<br>Parkway Gravel |
| CASARINO, CHRISTMAN & SHALK, P.A.<br><br>/s/ Colin M. Shalk 6/11/67<br>_____<br>COLIN M. SHALK - Bar ID # 99<br>800 North King Street #200<br>P.O. Box 1276<br>Wilmington, DE 19899<br>(302) 594-4500<br>Attorneys for Defendant,<br>Houghtons Amusement Park, LLC | TYBOUT, REDFEARN & PELL<br><br>/s/ Susan Hauske for SRF<br>_____<br>SHERRY RUGGIERO FALLON<br>Bar ID# 2464<br>750 South Madison Street #400<br>P.O. Box 2092<br>Wilmington, DE 19899-2092<br>(302) 658-6901<br>Attorneys for Defendants,<br>Neal Shoemaker and<br>Travis Shoemaker |

_(signature)_ 6/28/07
JACK BRADY
347 Hartford Square
Paoli, PA
Defendant, *pro se*

      SO ORDERED this \_\_\_\_ day of _____, 2007.

                                            _____
                                                      J.

601.115